

PLAINTIFF-IN-PRO PER:
MARCELA VASCONCELOS-FLOREZ
4453 LA CRESTA WAY – APT. # 2
STOCKTON,CA 95207-7730

# FILED

OCT – 6 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

MARCELA VACONCELOS-FLOREZ
4453 LA CRESTA WAY – APT. #2
STOCKTON, CA 95207-7730

# MAINTAIN ON PAPER

UNITED STATES DISTRICT COURT – EASTERN DISTRICT
SACRAMENTO DIVISION – CIVIL (TORTS)
501 I STREET – DEPT.: #10
SACRAMENTO, CALIFORNIA 95814

| | |
|---|---|
| MARCELA VASCONCELOS-FLOREZ, (An Unmarried Woman) <br><br> PLAINTIFF-IN-PRO PER <br><br><br> VS. <br><br><br> World Savings Bank, FSB; aka: Golden West Savings Assn.; aka: WACHOVIA CORP. <br><br> DEFENDANT(S) | **CASE**: # 2:08-CV-02100-GEB-DAD <br> **& CASE**: # 08-CV-02100-GEB-DAD <br> (Concurrent Case: {SJV Superior Court:}): <br> (# 39-2008-00190440-CU-OR-STK) <br><br><br> **STATUS CONFERENCE / HEARING STATEMENT** <br><br> First Hearing Date: November 3, 2008 <br> Time: 09:00am    Dept. # 10 <br><br> Status Conference: December 22, 2008 <br> Time: 09:00am    Dept.: # 10 <br><br> **Today's Date:   October 6, 2008** |

CM-110

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>MARCELA VASCONCELOS-FLOREZ, PLAINTIFF-IN-PRO PER,<br>4453 La CRESTA WAY - APT. # 2<br>STOCKTON, CA 95207 | FOR COURT USE ONLY<br>12:57 pm 08/28/08<br>Original Case Management Statement FILED (SJV): 08/28/08<br>UPDATED VERSION OCT. 2008 |

TELEPHONE NO.: (209) 271 - 2768    FAX NO. (Optional):

E-MAIL ADDRESS (Optional).

ATTORNEY FOR (Name): Marcela Vasconcelos-Florez, Plaintiff-In-Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

STREET ADDRESS: 222 EAST WEBER AVENUE

MAILING ADDRESS: 222 EAST WEBER AVENUE

CITY AND ZIP CODE: STOCKTON, CALIFORNIA 95202

BRANCH NAME: CITY OF STOCKTON BRANCH

PLAINTIFF/PETITIONER: VASCONCELOS-FLOREZ

DEFENDANT/RESPONDENT: World Savings Bank, FSB; aka..., et al

**Updated CASE MANAGEMENT STATEMENT**

| | | |
|---|---|---|
| (Check one): | ☑ UNLIMITED CASE<br>(Amount demanded<br>exceeds $25,000) | ☐ LIMITED CASE<br>(Amount demanded is $25,000<br>or less) |

CASE NUMBER: (TBA)
39-2008-00190440-CU-OR-STK

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: January 7, 2009    Time: 8:45 am    Dept.: 32    Div.: STOCKTON Room: Dept.: 32

Address of court (if different from the address above): U.S. District Court

STATUS/Hearing 9 Nov. 3, 2008 ? Dept. 10 EASTERN DIST- SAC. DIV
                         9 Dec. 22, 2008 }          501 I Str; SAC, CA 95814
Cont.

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** (answer one):
   a. ☑ This statement is submitted by party (name): Marcela VASCONCELOS-FLOREZ, Plaintiff-In-Pro Per
   b. ☐ This statement is submitted jointly by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date): August 7, 2008
   b. ☐ The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. ☑ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served (specify names and explain why not):
      (2) ☑ have been served but have not appeared and have not been dismissed (specify names): WORLD SAVINGS BANK, FSB; Golden West; aka: WACHOVIA
      (3) ☑ have had a default entered against them (specify names): WORLD SAVINGS BANK, FSB; Golden West; aka WACHOVIA
   c. ☑ The following additional parties may be added (specify names, nature of involvement in case, and the date by which they may be served): (See Enclosures Page 1 & 2 (ATTACHMENT)

4. **Description of case**
   a. Type of case in ☑ complaint ☐ cross-complaint (describe, including causes of action):
      I, Marcela Vasconcelos-Florez, Plaintiff-In-Pro Per, have filed this complaint as a result of being a victim of a "Predatory Loan", by a "Prdatory-Lender Defendant", as a result of "LOAN FLIPPING", that lead to other deceptive lending and marketing practices. Fortunately, they left a "Paper-Trail".

Page 1 of 4

**CM-110**

| PLAINTIFF/PETITIONER: VASCONCELOS-FLOREZ | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: World Savings Bank, FSB; aka..., et al | 39-2008-00190440-CU-OR-STK |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

I, Marcela Vasconcelos-Florez, Plaintiff-In-Pro Per, have suffered serious unsustainable, and irreversible damages by the Defendant(s): World Savings Bank, FSB; aka: Golden West Savings Assn.; aka: WACHOVIA Corp., as a direct result of their actions, and consequences of their fraud and negligence. I have suffered irrevocable monetary/financial damages, loss of tangible/expensive-to-replace items, as well as intangible/irreplaceable items, keepsakes, and family heirlooms. I have suffered emotionally, psychologically, and physically; with numerous new, and old enhanced, medical, as well as psychiatric problems. This fiasco has been going on for about eighteen-months-to-date. All of my finances have been depleted, or have disapated. I have LOSS my home, and I seek damages of: $2,000,000.00 + home.

☑ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)* ( SEE ALL ATTACHMENT )

5. **Jury or nonjury trial**
The party or parties request ☐ a jury trial ☐ a nonjury trial *(if more than one party, provide the name of each party requesting a jury trial):*
Since I am "Pro Per", then I must screen my own jurors; unless I am able to procure the services of the most reputatble attorney qualifoed to handle such cases. Until further notice, I will choose NOT to have a jury.

6. **Trial date**
a. ☐ The trial has been set for *(date):*
b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
Tuesdays, Wednesdays are INCONVENIENT dates for me. (Fridays and Mondays are BEST days for me; and Thursdays are SATISFACTORY.) Late afternoon appointments are better times than mornings.

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a. ☑ days *(specify number):* 180 days in duration; one - three hours per day; one - two meetings per month.
b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
a. Attorney: MARCELA VASCONCELOS-FLOREZ, PLAINTIFF-IN-PRO-PER
b. Firm:
c. Address: 4453 La CRESTA WAY - APT. # 2 ---- STOCKTON, CA 95207
d. Telephone number: (209) 271-2768
e. Fax number:
f. E-mail address:
g. Party represented: MARCELA VASCONCELOS-FLOREZ, PLAINTIFF-IN-PRO PER, PRO SE
☐ Additional representation is described in Attachment 8.

9. **Preference**
☑ This case is entitled to preference *(specify code section):* ("PRO - PER"); SPANISH/ENGLISH Translator REQ
DIPLOMATIC IMMUNITY's NATO TREATY - ARTICLE #22

10. **Alternative Dispute Resolution (ADR)**
a. ☐ Counsel ☐ has ☑ has not provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b. ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):* (undecided)
c. ☐ The case has gone to an ADR process *(indicate status):* (undetermined)

IN RE: Case:# 2:08<sup>cv</sup>-02100-GEB-DAD
and Case: 08<sup>cv</sup>-02100-GEB-DAD

| PLAINTIFF/PETITIONER: VASCONCELOS-FLOREZ | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: World Savings Bank, FSB; aka..., et al | 39-2008-00190440-CU-OR-STK |

10. d.    The party or parties are willing to participate in (check all that apply):

(1) ☐ Mediation

(2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

(3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

(4) ☐ Binding judicial arbitration

(5) ☐ Binding private arbitration

(6) ☐ Neutral case evaluation

(7) ☑ Other (specify):

I, M.Vasconcelos-Florez, Plaintiff-In-Pro Per, have tried for the past 18-months to "mediate" and "negotiate" this situation with the said Defendant(s), in accordance to the "Forebearance Clauses"

e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court (specify exemption):

11. **Settlement conference**

☐ The party or parties are willing to participate in an early settlement conference (specify when):

I, M. Vasconcelos-Florez, Plaintiff-In-Pro Per, have tried for the past 18-months to "mediate", "negotiate"; come to a REASONABLE out-of-court settlement, with the Defendant(s), unsuccessfully.

12. **Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement (name):

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case (explain):

13. **Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

☐ Bankruptcy ☐ Other (specify):

Status:

14. **Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

(1) Name of case:

(2) Name of court:

(3) Case number:

(4) Status:

☐ Additional cases are described in Attachment 14a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by (name party):

✻✻ ✻ 15. **Bifurcation**

☑ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action (specify moving party, type of motion, and reasons): "TORTS"; DEFENDANT VIOLATED THE "RICO" STATUTE... PLAINTIFF SEEKS QUIET TITLE... PLAINTIFF WOULD LIKE ORIGINAL HOME RETURNED IN GOOD CONDITION - "FEE SIMPLE ABSOLUTE"

16. **Other motions**

✻ ✻ ✗ ☑ The party or parties expect to file the following motions before trial (specify moving party, type of motion, and issues):

① JUDICIAL APPROVAL OF RECORDING NOTICE OF PENDING ACTION AFFECTING REAL PROPERTY"; ② "LIS PENDENS"; ③ "MOTION-IN-LIMINE"; ④ "PLAINTIFF'S RESPONSE TO MOTION TO DISMISS OF DEFENDANT(S)...;

AND REQUEST TO ENTER A DEFAULT JUDGMENT AGAINST THE DEFENSE"

IN KE: 2:08-CV-02100-GEB-DAD
08-CV-02100-GEB-DAD

**CM-110**

| PLAINTIFF/PETITIONER: VASCONCELOS-FLOREZ | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: World Savings Bank, FSB; aka..., et al | 39-2008-00190440-CU-OR-STK |

17. **Discovery**
   a. ☐ The party or parties have completed all discovery.
   b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

   Party                    Description                                    Date

   c. ☐ The following discovery issues are anticipated *(specify):*
      (undecided)

18. **Economic Litigation**
   a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.
   b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

19. **Other issues**
   ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

20. **Meet and confer**
   a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

      I, M. Vasconcelos-Florez, Plaintiff-In-Pro Per, have tried numerous attempts to "meet and confer" with the Defendant(s) proper representatives, and reach a proper settlement, without success.

   b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

21. **Case management orders**
   Previous case management orders in this case are *(check one):* ☑ none ☐ attached as Attachment 21.

22. Total number of pages attached *(if any):* 20

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: Oct. 6, 2008

MARCELA VASCONCELOS-FLOREZ
(TYPE OR PRINT NAME)
                                          (SIGNATURE OF PARTY OR ATTORNEY)

PLAINTIFF - IN-PRO PER
(TYPE OR PRINT NAME)
                                          (SIGNATURE OF PARTY OR ATTORNEY)
                                          ☐ Additional signatures are attached

(PENDING And/Or CONCURRENT CASE(S) #: 08-CV-02100-GEB-DAD )
( 2:08-CV-02100-GEB-DAD )

**Page #1: Marcela Vasconcelos-Florez, Plaintiff-In-Pro Per VS. World Savings Bank; et al**

Marcela Vasconcelos-Florez
4453 La Cresta Way – Apt.# 2
Stockton, CA 95207-7730

John Du Bois, Attorney
525 Roanoke
Martinez, CA 94553

ACORN – "PAC" & ACORN Housing
"Pro-Per Legal Assistance Against Predatory Lending"
(PPLAAPLP)
4433 Florin Road – Suites: # 840 - # 860
Sacramento, CA 95823

Attn.:Cheryl Chatterton, V.P.
(Agent For: Golden West...)
(Fidelity Nat'l Agency)
LEGAL POSTING SERVICE
15661 Red Hill Ave. # 200
Tustin, CA 92780

Superior Court of California
County of San Joaquin, City of Stockton
222 East Weber Avenue / Dept.: # 32 / # 11
Office of the Clerk – Room 303
Stockton, Ca 95202

Richard Worf, Manager
REO Dept. / Legal Dept.
c/o: WACHOVIA Bank
806 Hearst Avenue
Berkeley, CA 94710

WACHOVIA Corporation
Corporate Office – PENTHOUSE
Attn: President / C.E.O.: "Lanty Smith"
301 South College Street
One Wachovia Center
{P.O. Box 563966-28256-3966}
Charlotte, N.C. 28288

Brian Cable - Manager
Integrity First R. E. Group
1308 West Main – Suite: "C"
RIPON, CA 95366

David R, Endres, APC
The Endres Law Firm
1939 Alicante Street
Davis, Ca 95618

WACHOVIA Bank Corp.
(Formerly: World Savings Bank)
Legal & REO Dept.
4101 Wiseman Blvd.
San Antonio, TX 78251

WACHOVIA, aka: WSB
In Re: REO # 121416
794 Davis St. - MC: SL2RE
San Leandro, CA 94577

Page* 1

ATTACHMENT

## Page #2: Marcela Vasconcelos-Florez, Plaintiff-In-Pro Per VS. World Savings Bank; et al

Marcela Vasconcelos-Florez
(Plaintiff-In-Pro-Per)
4453 La Cresta Way – Apt.# 2
Stockton, CA 95207-7730
*
ACORN – (For: "Plaintiff-in-Pro Per")
"Pro-Per Legal Assistance Against Predatory Lending"
(PPLAAPLP); And: "ACORN & The A. P. P. L. E."
4433 Florin Road – Suites: # 840 - # 860
Sacramento, CA 95823
*

Atty Mark C. Treanor, CEO/COO/V.P.
General Counsel of WACHOVIA CORP.
Legal Order Processing Dept.
101 North Independence Mall "E"
Philadelphia, PA 19106
*

Atty Mary Ellen Cattani-Herringer
CEO – (Attorney) of WACHOVIA
90 Sea View Avenue
Peidmont, CA 94611
*

United States District Court – Eastern District of California
CIVIL / TORTS - SACRAMENTO DIVISION
501 I Street - COURTROOM # 10
Office of the Clerk – For: Judge Garland E. Burrell, Jr. .
Sacramento, CA 95814
*
United States Magistrate Jurisdiction:
Hon. Frank C. Damrell, Jr.
Hon. Dale A. Drozd
U. S. District Court – Eastern District
501 I Street
Sacramento, CA 95814
*
Administrative Office of the U. S. Courts:
Magistrate Judge (Civil / Torts) Division·
(Attn.: Staff Attorney Ms. Marrone)
One Columbus Circle, N. E.
Washington, D.C. 20544
*

Atty Craig Rasmussen
(For: Brian Cable)
1111 West Tokay
P. O. Box 560
LODI, CA 95241
*

**Atty Mark T. Flewlling (#96465)
**Atty Christopher A. Carr (#44444)
ANGLIN, FLEWLLING, RASMUSSEN,
CAMPBELL & TRYTTEN, LLP
199 South Los Robles Ave., Ste.: # 600
Pasadena, California 91101

*

CSC – Lawyers Incorporating Service – Agent / Attorney For Service: Wachovia Mortgage Corp
2730 Gateway Oaks – Suite: # 100
Sacramento, CA 95833

* * * * *

Page 2

ATTACHMENT

# California Business Portal



**Secretary of State DEBRA BOWEN**

SECRETARY OF STATE   ELECTIONS & VOTER INFO   POLITICAL REFORM   CA BUSINESS PORTAL   ARCHIVES & MUSEUM   OTHER SERVICES

**Business Search Corporations**

**Printer Friendly Page**

**New Search**

**Search Tips**

**Field Definitions**

**Status Definitions**

**Name Availability**

**Corporate Records**

**Business Entities**
**Records Order Form**
   **Certificates**
   **Copies**
   **Status Reports**

**FAQS**

**Corporations Main Page**

**Site Search**

## Corporations

The information displayed here is current as of "OCT 03, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| WACHOVIA TRUST COMPANY OF CALIFORNIA | | |
| **Number:** C1468624 | **Date Filed:** 9/13/1989 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 11440 SAN VINCENTE BLVD | | |
| LOS ANGELES, CA 90049 | | |
| **Agent for Service of Process** | | |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement.**

California Secretary of State - California Business Search - Corporation Search Results    Page 1 of 1

Doc #: 2007-211469
12/18/07 7:54 am
Page: 1 of 2 Fee: $10.00
Gary U. Freeman
San Joaquin County Recorders
Paid By: FIRST AMER TITLE CO

...ASSOCIATION
...FORNIA

...RDED MAIL TO:
...SAVINGS ASSOCIATION
...
THE ...AN BOULEVARD, T6F1
SAN ANTONIO, TEXAS 78251-4291
...# 121416
Forward Tax Statements to:
WORLD SAVINGS BANK, FSB
794 DAVIS STREET, MAIL CODE SL2RE
SAN LEANDRO, CA 94577
23922 30 9R

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 2007-32227654
Loan #: 0032227654

Order #: 3392320

# TRUSTEE'S DEED UPON SALE

A.P.N.: 066-160-20                    Transfer Tax: 0.00

"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The Grantee Herein Was The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt Was $49,199.44
The Amount Paid By The Grantee Was $49,199.44
Said Property Is In The City of STOCKTON, County of SAN JOAQUIN

GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

WORLD SAVINGS BANK, FSB, A FEDERAL SAVINGS BANK REO # 121416
REO DEPT. 794 DAVIS STREET, MAIL CODE SL2RE SAN LEANDRO, CA 94577

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of SAN JOAQUIN, State of California, described as follows:

LOT 2E, AS SHOWN UPON MAP ENTITLED TRACT NO. 3138 SPANOS PARK WEST UNIT NO. 13 FILED FOR RECORD AUGUST 29, 2002 IN BOOK OF MAPS AND PLATS, VOL.37, PAGE 40, SAN JOAQUIN RECORDS.

EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES BELOW A DEPTH OF 500 FEET, WITHOUT RIGHTS OF SURFACE ENTRY, AS RESERVED IN INSTRUMENTS OF RECORD

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by MARCELLA VASCONCELOS-FLOREZ, AN UNMARRIED WOMAN as Trustor, dated 2/14/2006 of the Official Records in the office of the Recorder of SAN JOAQUIN, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 2/28/2006, instrument number 2006-044461, Book , Page  of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

THIS INSTRUMENT FILED FOR RECORD BY FIRST
AMERICAN TITLE INSURANCE COMPANY AS AN AC-
COMMODATION ONLY. IT HAS NOT BEEN EXAMINED
AS TO ITS EXECUTION OR AS TO ITS EFFECT
UPON THE TITLE.



Page - 3 -

EXHIBIT 1-A
(Duces Tecum)
Case: #2:08-cv-02100-GEB-DAD

# TRUSTEE'S DEED UPON SALE

[illegible stamps]
#: 0022127654
#: 3392320

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 12/7/2007. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $49,159.44, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: 12/7/2007

GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION

By: _____

SETH WHITE, ASSISTANT SECRETARY

State of Texas } ss.
County of Bexar }

On 12/13/2007 before me, JOANNA M. GLORIA the undersigned Notary Public, personally appeared SETH WHITE, ASSISTANT SECRETARY personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)

JOANNA M. GLORIA

JOANNA M. GLORIA
MY COMMISSION EXPIRES
August 20, 2011

Page -4-

EXHIBIT
# 1-B
(DUCES TECUM)

...BY
...ciation Service Co.

...DED MAIL TO;
...ngs Association Service Co.
...34957
Texas 78265-4957

( ~~DUCES TECCUM~~ )
EXHIBIT 2-A

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. No. 2007-32227654
Loan No. 0032227654

Title Order No. 3392320

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 2/14/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Trustor: **MARCELLA VASCONCELOS-FLOREZ, AN UNMARRIED WOMAN**
Duly Appointed Trustee: ~~GOLDEN WEST~~ **SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION**
Recorded 2/28/2006 as Instrument No. 2006-044661 in book , page    of Official Records in the office of the Recorder of SAN
JOAQUIN County, California,
Date of Sale:**12/7/2007 at 10:00 AM**
Place of Sale:     **AT THE EAST WEBER AVENUE ENTRANCE TO THE COUNTY COURTHOUSE, 222 EAST WEBER AVENUE, STOCKTON, CALIFORNIA**
Amount of unpaid balance and other charges: **$49,089.76**
Street Address or other common designation of real property is     **5311 ASBURY WAY**
purported to be.:     **STOCKTON, CA 95219**
A.P.N.: **066-160-28**
The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

Date: November 16, 2007

**Fidelity National Agency Sales & Posting**
**Agent for GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION**
**15661 Red Hill Ave. Ste. 200**
**Tustin, California 92780**

~~DUCES TECCUM~~
Page
-5-

**Telephone Number: (800) 840-8547**
**Sale Status Line: (714) 259-7850**

**CHERYL CHATTERTON, ASSISTANT VICE PRESIDENT**
**Of Golden West Savings Association Service Company**

**TRUSTEE'S DEED UPON SALE**

~~DUCES TECUM~~
EXHIBIT # 2-B

12227654
832237654
3392320

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 12/7/2007. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being 349,159.44, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION,** as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: 12/7/2007

> **GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION**
>
> By: _____
> **SETH WHITE, ASSISTANT SECRETARY**

**State of Texas } ss.**
**County of Bexar }**
On 12/13/2007 before me, JOANNA M. GLORIA the undersigned Notary Public, personally appeared SETH WHITE, ASSISTANT SECRETARY personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)
**JOANNA M. GLORIA**

JOANNA M. GLORIA
MY COMMISSION EXPIRES
August 20, 20__

~~DUCES TECUM~~

Page -6-

XHIBIT * 3·A



**WORLD SAVINGS®**

1901 Harrison St.
Oakland, CA 94612

POB
0029713419

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

49115620808  REV.1  2/05  M 45700-H / 58006-O

795    139236    0    10.86
/20

FOR PAYMENT OF ESCROW TO MORTGAGOR
Twenty One and 92/100 Dollars

DATE    12/17/2007

PAY TO THE ORDER OF:

CHECK AMOUNT  ****************$21.92

MARCELLA VASCONCELOS-FLOREZ
5311 ASBURY WAY
STOCKTON  CA 95219-7162

TWO SIGNATURES REQUIRED ON CHECK OF $10,000 OR MORE
**OFFICIAL CHECK**
AS AGENT FOR INTEGRATED PAYMENT SYSTEMS, INC.

Issued by Integrated Payment Systems Inc., Englewood, Colorado. To Citibank, N.A., Buffalo, NY

⑈457964⑈ ⑆0220008668⑆ 680079513923360⑈

Page: 7-A  (DUCES TECUM)

EXHIBIT

# 3-B

THE ENCLOSED REFUND REFLECTS EXCESS FUNDS FOR ONE OF THE FOLLOWING REASONS:

- Overage/Escrow Balance at time of payoff
- Escrow overage from your last analysis
- Surplus in your escrow account
- Escrow balance from your non-escrowed loan
- Tax refund received from Taxer

IF YOU WOULD LIKE THESE FUNDS APPLIED TO THE BALANCE OF YOUR LOAN PLEASE
ENDORSE AND RETURN TO:

WORLD SAVINGS
P. O. BOX 659568
SAN ANTONIO, TEXAS 78265-9568

IF YOU HAVE ANY QUESTIONS REGARDING YOUR REFUND, YOU MAY SPEAK TO ONE OF OUR
REPRESENTATIVES AT 1-800-642-0257.

LNS-562 (01/01)



**WORLD SAVINGS**

Loan Service
P.O. Box 659568
San Antonio, Texas 78265-9568

9521547162 R021

FIRST CLASS

UNITED STATES POSTAGE
02 1A
30:46305 $ 00.41⁰
MAILED FROM ZIP CODE 78251
DEC 18 2007

Page: 7-B

7-B

(DUCES TECUM)



(DUCES TECUM)
# EXHIBIT * 3 C

## NOTICE TO OCCUPANT(S) TO VACATE PREMISES

**Located At:**

**5311 ASBURY WAY
STOCKTON, CA 95219**

### TO ALL PERSONS WHO ARE IN THE POSSESSION OF AND OCCUPY THE REAL PROPERTY AT THE ABOVE ADDRESS:

**YOU ARE HEREBY NOTIFIED** that your right to occupy the real property at the above address has been terminated as the result of the sale of said property by the Trustee under a power of sale contained in a Deed of Trust which appeared of record against said property.

You are required to quit and deliver up possession of the above real property to the undersigned, as agent for the owner, within the notice period specified below. In the event you fail to do so you will be deemed to be unlawfully detaining the premises, which will result in commencement of court proceedings against you by the owner to recover possession of the premises, together with court costs and the reasonable rental value of the property for each day of your continued occupancy thereof.

### NOTICE

To avoid a lawsuit and the associated expense, it is necessary for you to vacate the above property within THREE (3) DAYS after service upon you of this Notice, unless you obtained possession of the property as a tenant or subtenant under a lease or rental agreement, in which event it will be necessary for you to vacate the premises within THIRTY (30) DAYS after service upon you of this Notice.

You must contact the undersigned by telephone within **48 HOURS** in the event you occupy the property as a tenant or subtenant, and be able to provide proof of tenancy or subtenancy.

This Notice is authorized pursuant to the provisions of Section 1161a(b)(3) of the California Code of Civil Procedure.

DATED: December 14, 2007        Authorized Agent For Owner:

David R. Endres, APC
THE ENDRES LAW FIRM
(916) 498-8776

(DUCES TECUM)
Page
-7c-

Case # 2103-2100-GER-DAD
05-02100-GEB-DAD

# EXHIBIT: 3-D

(Enclosure) 3-D

In Re: Case # SV270894

SV 07-108-02100
CUTOFSK
Case # 2105-02100-GEB-DAD
05-02100-GEB-DAD



| MARCELLA VASCONCELOS-FLOREZ | Equity Line of Credit | 1012 |
| PILLSBURY WAY | | |
| STOCKTON CA 95219-7168 | | |

DATE_____ 90-8100/1211

PAY TO THE
ORDER OF_____ $_____

_____ DOLLARS

WORLD SAVINGS
San Leandro, CA    BANK, FSB
1-800-642-0257
www.worldsavings.com

No ACH Conversion
Minimum Check Amount $250.00

MEMO_____ №

⑆ ⑈1012  ⑈000

(Duces Tecum)

--7-D--

Page: 7-D

EXHIBIT 4-A
(DUCES TECUM)

REQUESTED BY:

Doc N: 2007-129283
7/16/07 10:05 AM
Page: 1 of 2   Fee. $12 00
Gary W. Freeman
San Joaquin County Recorders
Paid By TITLE COURT SERVICE

WHEN RECORDED MAIL TO:
Golden West Savings Association Service Co.
Post Office Box 34957
San Antonio, Texas 78265-4957

(210) 543-4998

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No.: 2007-32227654
Loan No.: 0032227654

Order No. 3392320

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE

## IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,

and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is **$1,614.02** as of 07/11/2007, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things. (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**WORLD SAVINGS**
**4101 WISEMAN BOULEVARD, T6F2**
**SAN ANTONIO, TEXAS 78251-4201**
**Phone: 1-(800) 282-3458**

(DUCES TECUM)

Page
-8-



**EXHIBIT #4-B**
~~(DUCES TECUM)~~

## OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

... questions, you should contact a lawyer or the governmental agency which may have ... loan. Notwithstanding the fact that your property is in foreclosure, you may offer your ... sale provided the sale is concluded prior to the conclusion of the foreclosure.

..., YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ...

NOTICE IS HEREBY GIVEN: That **GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION** is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated **02/14/2006**, executed by **MARCELLA VASCONCELOS-FLOREZ, AN UNMARRIED WOMAN**, as Trustor, to secure certain obligations in favor of **WORLD SAVINGS BANK, FSB, A FEDERAL SAVINGS BANK**, as beneficiary, recorded 02/28/2006, as Instrument No. 2006-044661, in Book , Page , of Official Records in the Office of the Recorder of SAN JOAQUIN County, California describing land therein as: As more fully described on said Deed of Trust.

including **ONE (1) NOTE(S) FOR THE ORIGINAL** sum of **$50,000.00**, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

INSTALLMENT OF PRINCIPAL AND INTEREST PLUS IMPOUNDS OR ADVANCES WHICH BECAME DUE ON 04/13/2007 PLUS LATE CHARGES, AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, INTEREST, BALLOON PAYMENTS, PLUS IMPOUNDS OR ADVANCES AND LATE CHARGES THAT BECOME PAYABLE.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: July 11, 2007

GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A
CALIFORNIA CORPORATION

BY: _____
HOLLIE DYKES, ASSISTANT SECRETARY

-- 9A --
~~(DUCES TECUM)~~

Page
-- 9A --



February 22, 2008



Marcella Vasconcelos-Flores
5311 Asbury Way
Stockton CA 95219

Re:     OCC Case Number 745702

Dear Ms. Vasconcelos-Flores:

We are in receipt of a copy of the complaint you sent to the Office of the
Comptroller of the Currency (OCC), regarding Wachovia/World Savings loan
number 0029713149 and equity line of credit (ELOC) loan number 0032227654.

Enclosed please find a copy of the Notice of Default that recorded on July 16, 2007.
Although, we find you were in contact with the foreclosure department about making
payment arrangements to bring the above loans current, we have no record of you
submitting the required paperwork to our Loan Resolution Department for them to
review. Unfortunately, the property for the above loans was foreclosed on December
14, 2007, and we are unable to comply with your request to have the loans reinstated.

Thank you for writing and giving me the opportunity to clarify Wachovia/World
Savings' position in this matter. We valued our past business relationship, Ms.
Vasconcelos-Flores, and hope we can be of service to you again in the future.

Sincerely,

Judy Wills
Vice President

enclosure-1

c:     C. Scott
       Office of the Comptroller of the Currency

- - 9.B - -
Page:
9.B

(Duces Tecum)

...COURT OF CALIFORNIA, COUNTY OF S. JOAQUIN

...FSB ET AL

Plaintiff(s)

...SCONCELOS-FLOREZ

Defendant(s)

Filed: 1/9/2008

ROSA JUNQUEIRO
CLERK

By: _____
Deputy

**FILING OF UNLAWFUL DETAINER (EVICTION) ACTION**
Pursuant to CCP 1161.2

Case.Number: **SV270894**

Defendant(s): MARCELLA VASCONCELOS
FLOREZ
ALL OCCUPANTS

# EXHIBIT *4-D

You will please take notice that an Unlawful Detainer (Eviction) Action has been filed against you in the Superior Court of California, County of San Joaquin, Stockton Branch, on Jan 9, 2008. The court file will remain confidential (access denied) for 60 days from the date of filing of the complaint, except to a party, an attorney for one of the parties, or any other person who (1) provides to the clerk the names of at least one plaintiff and one defendant in the action and provides to the clerk the location of the premises, including any applicable apartment, unit or space number, of the subject premises, or (2) provides to the clerk the name of the parties in the action or the case number and can establish through proper identification that he or she lives at the subject premises. Access to the court index, register of actions, or other records is not permitted until 60 days after the complaint is filed, except pursuant to an ex parte order upon showing of good cause therefor.

You may contact the following agencies for legal advice concerning the case. They may charge you a fee.

San Joaquin County Bar Association
Lawyers Referral Service
(209) 948-4620

California Rural Legal Assistance
(209) 946-0605

## CERTIFICATE OF MAILING

I declare, under penalty of perjury, I am over 18 years of age and not a party to this action. I am employed in the county where the mailing took place at Stockton, California on 1/10/2008. I served these documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. The same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully paid.

By: _____
Deputy

| | |
|---|---|
| MARCELLA VASCONCELOS FLOREZ<br>5311 ASBURY WAY<br>STOCKTON CA 95219 | ALL OCCUPANTS IN CARE OF<br>MARCELLA VASCONCELOS FLOREZ<br>5311 ASBURY WAY<br>STOCKTON CA 95219 |

NOTICE OF FILING OF UNLAWFUL DETAINER (EVICTION) ACTION

Page 9-C - (DUCES TECUM)

SV270894



NEWS ◀ ▶ DOW DROPS 2 PERCENT ON OIL, WEAK FACTORY DATA ■

SAVE

# $0 Stock Trades

**BROKER CENTER SPONSORED LINKS**

**FOREX**
Free eBook ›
¥ € $ - Learn. Practice. Trade.

Learn to Trade with a FREE Guide.

$0 Stock Trades
$0 stock trades. 10 free per month.

EXHIBIT *4-E
Enclosure
*4E
In:Re: CASE * 270894

You are here:  Home > Stocks > Full Description

**HOME**

**BUSINESS & FINANCE**

**Markets**

**Deals**

**Industries**

**Stocks**
  Overview
  | Full Description
  Option Quote
  Charts
  Officers & Directors
**NEWS**
  Key Developments
  Company News
  Press Releases
**FINANCES**
  Financial Highlights
  Ratios
  Financial Statements
**SENTIMENT**
  Performance
  Insider Trading
  Institutional Holders
**ANALYSIS**
  Estimates

## Full Description

## Wachovia Corp WB (NYSE)

Sector: Financial  Industry: Regional Banks   View WB on other exchanges

| As of 3:49 PM EST | Price Change | Percent Change |
|---|---|---|
| **$37.06** USD | ▼**0.97** | ▼**2.55%** |

› Independent Research › Broker Research

Back to the Company Overview

Wachovia Corporation (Wachovia), incorporated in 1967, is registered as a financial holding company and a bank holding company, and provides commercial and retail banking, and trust services through full-service banking offices in Alabama, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Illinois, Kansas, Maryland, Mississippi, Nevada, New Jersey, New York, North Carolina, Pennsylvania, South Carolina, Tennessee, Texas, Virginia and Washington, D.C. The Company's primary banking affiliate, Wachovia Bank, National Association (WBNA), operates a substantial majority of these banking offices, except those in Delaware, which are operated by Wachovia Bank of Delaware, National Association, and exce those in Arizona, Colorado, Illinois, Kansas, Nevada and certain branch offices in California, Florida, New Jersey and Texas, which are operated by World Savings Bank, FSB (World Savings). In October 2007, Wachovia completed the acquisition of A.G. Edwards, Inc., which v be combined with Wachovia Securities LLC brokerage firm.

In June 2006, Wachovia closed the purchase of defined contribution recordkeeping business from Ameriprise Financial, Inc. In October 2006, the Company acquired Golden West Financia



Page 9-B



Currencies
Commodities
Options
Bonds
Analyst Research
Portfolio
NEWS

Corporation. In February 2007, the Company acquired a majority interest in European Credit M firm based in the United Kingdom.

Wachovia also provides a range of other financial services, including mortgage banking, invest asset-based lending, leasing, insurance, international and securities brokerage services throug brokerage business is conducted through Wachovia Securities, LLC, and operates in 49 states Management, the General Bank, Wealth Management, and the Corporate and Investment Ban

## General Bank

The General Bank provides a range of banking products and services to individuals, small bus institutions in 21 states and Washington, D.C. The General bank focuses on small business cu customers. During the year ended December 31, 2006, it had 12.3 million online product and s customers.

## Wealth Management

Wealth Management tailors the capabilities of a major financial institution to the individual nee businesses. Teams of relationship managers and specialty advisors focus on serving clients w offices focus on families with $25 million or more in investable assets. Wachovia Insurance Se management services, employee benefits, life insurance, executive benefits and personal insu

## Corporate and Investment Bank

Wachovia's Corporate and Investment Bank offers a suite of products and services to public ar institutions and the financial sponsor community. Investment banking and the global markets b Wachovia Securities brand. It also provides advisory, capital raising, structuring and execution business, as well as asset-based lending, global correspondent banking services and principal

## Capital Management

Capital Management leverages its multi-channel distribution to provide a line of proprietary and services to retail and institutional clients. Retail brokerage services are offered through the 2,7 Washington, D.C., and in Latin America. Evergreen Investments, a diversified asset managem institutional investors and endowments. Securities lending services are offered through Metrop Investment Products Group is a provider of retirement services for individual investors, corpora

REUTERS LIFESTYLE
TRAVEL

› Boomers lead trend
for adventure
holidays

› Find more

Stock market headed
for a fall? Get the
latest forecast by
Forbes columnist!
Click Here

Free Annual Reports for
thousands of companies-

click here for yours

Back to the Company Overview

**FIND OUT MORE ABOUT WB**

Ratio Comparison
Officers & Directors
Key Developments

EXHIBIT #4-E
Enclosure #4E
In Re: CASE # 270894

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete

Data supplied by Reuters Fundamentals.

Reuters.com:   Help | Contact Us | Advertise With Us | Mobile | Newsletters | RSS 🔊 | Widgets | Interactive TV | Labs | Site
Reuters Corporate:   Copyright | Disclaimer | Privacy | Products & Services | Professional Products Support | About Reuters | C

International Editions:   Arabic | Argentina | Brazil | Canada | Chinese Simplified | Chinese Traditional | France | Germany | I
South Africa | Spain | United Kingdom | United States

Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline
market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Reuters journalists are subject to th

Page 9-E

*[handwritten:]* CDs **World Savings**

*[handwritten:]* #4-F

*[handwritten:]* losure

About Us | Branch Locator | Sigr

*[handwritten:]* ASE # 270894

*[handwritten:]* SOV Case # 39-2008- 00190440

**Manage Your /**

**Savings & Checki**

**Sign-In Name**

**Password**

| Loans | Savings | Checking | Investing |
|-------|---------|----------|-----------|
| Home Loans | Rates | Rates | Investment Choices |
| Refinancing | CDs | Checking Accounts | Atlas Information |
| Equity Line of Credit | Money Market Accounts | Open an Account | Financial Advisor |
| My Loan Information | Open an Account | More... | Locations |
| More... | More... | | More... |

Enroll   Password H

**Open an Account**
Select Type

*[handwritten:]* EXHIBIT: * 4 - F

View now

Learn more

**Find a Branch**
Select Region

---

Careers | Site Map | Help

© 2001-2007 World Savings. All Rights Reserved.
Terms of Use | Privacy, Security, and Fraud Prevention | FDIC Insured

On October 11, 2007, existing World Savings Bank, FSB and World Savings Bank, FSB (Texas) deposit accounts will be
transferred to Wachovia Bank, N.A. or Wachovia Bank of Delaware, N.A., respectively. After October 11, Wachovia will continue to
Savings name to serve some of our World Savings deposit customers until our operations and branch networks are combined. Ther
to World Savings Bank, FSB or World Savings Bank, FSB (Texas) as it relates to deposit products and/or services throughout this W
understood to mean "Wachovia Bank, N.A., successor in interest to World Savings Bank, FSB" or "Wachovia Bank of Delaware, N.A
interest to World Savings Bank, FSB (Texas)." World Savings credit products and services will continue to be offered and serviced k
Bank, FSB after October 11, 2007. If you have any questions, please visit a World Savings branch or call 1-866-467-3776.

Wachovia Securities is the trade name under which Wachovia Corporation provides brokerage services through two registered brok
Wachovia Securities, LLC, and Wachovia Securities Financial Network, LLC, members FINRA/SIPC. All broker-dealers are separate,
of Wachovia Corporation. Wachovia Corporation is the parent company of World Savings.

**Securities and Insurance Products:**

**NOT FDIC INSURED • NOT A DEPOSIT • NO BANK GUARANTEE • MAY LOSE VALUE • NOT INSURED BY ANY FEDERAL GOVERNME**



EXHIBIT # 5-A
(DUCES TECUM)

## Basic Property Report



## Property Detail Report

| For Property Located At: | 5311 ASBURY WAY STOCKTON, CA 95219 7162 | | |
|---|---|---|---|

**Owner Information:**

| Owner Name: | WORLD SAVINGS BANK FSB | | |
|---|---|---|---|
| Mailing Address: | 794 DAVIS ST , SAN LEANDRO CA, 94577 6922 | | |

**Location Information:**

| Legal Description: | LOT 28 | | |
|---|---|---|---|
| County: | SAN JOAQUIN, CA | APN: | 066-160-28 |
| Census Tract: | 0040.02 | Alternate APN: | |
| Township Range Section: | | Subdivision: | |
| Legal Book/Page: | | Map Reference: | |
| Legal Lot: | 28 | High School District: | LODI BASIC UNIF |
| Legal Block: | | Township Name: | |

**Last Market Sale Information:**

| Sale Price: | $342,000 | 1st Mtg Amount: | $239,400 |
|---|---|---|---|
| Recording Date: | 09/09/2003 | 1st Mtg Int. Rate: | |
| Sale Date: | 09/04/2003 | 1st Mtg Int. Rate Type: | |
| Sale Type: | FULL | 2nd Mtg Amount: | |
| Document Number: | 205776 | 2nd Mtg Int. Rate: | |
| Deed Type: | GRANT DEED | 2nd Mtg Int. Rate Type: | |
| Transfer Doc Number: | | Price Per SqFt: | 118.67 |
| Lender: | WORLD SVGS BK FSB | | |
| Seller Name: | WESTERN PACIFIC HOUSING INC | | |

**Prior Sale Information:**

| Prior Sale Price: | NaN | Prior Lender: | |
|---|---|---|---|
| Prior Recording Date: | // | Prior Stamp Amount: | |
| Prior Sale Date: | | Prior 1st Mtg Amount: | NaN |
| Prior Doc Number: | | Prior 1st Mtg Int. Rate: | ADJUSTABLE INT RATE LOAN |
| Prior Deed Type: | | Prior 1st Mtg Int. Rate Type: | |

**Property Characteristics:**

| Living Area: | 2882 | Parking Type: | |
|---|---|---|---|
| Total Rooms: | | Garage Area: | |
| Bedrooms: | 5 | Garage Capacity: | |
| Bath(F/H): | 3 | Number of Stories: | 2 |
| Year Built / Eff: | 2003 | Basement Area: | |
| Pool: | N | Finished Basement Area: | |
| Air Conditioning: | N | Roof Type: | |
| Fireplace: | 1 | Roof Material: | |
| Quality: | | Foundation: | |
| Condition: | | Exterior wall: | |
| Other Improvements: | | | |

**Site Information:**

| Land Use: | | Acres: | .19 |
|---|---|---|---|
| Flood Zone: | X500 | Lot Area: | 8276.4 |
| Flood Panel: | | Lot Width/Depth: | / |
| Flood Panel Date: | | Zoning: | |
| County Use: | | State Use: | |

**Tax Information:**

| Assessed Value: | $362,930 | Tax Exemption: | |
|---|---|---|---|

DUCES TECUM    Page: 10

Value: **$108,242**
Improvement Value: **$254,688**
Assessed Year: **2007**

Property Tax: **$5,425**
Tax Area: **003244**
Tax Year:

DUCES TECUM

EXHIBIT
# 5-B

DUCES TECUM  Page -11-

DUCES TECUM
EXHIBIT # 6-A



**People Search    Background Check    Criminal Records    Real Estate Reports**

### Member Services

Member Center    |    Order History    |    Account Information    |    Customer Ser

We have completed your search and the results are listed below and will be emailed to you imm regarding your search results, click here or email us.

Please click here to review our Permissible Use and Disclaimer Notices. If you have any questio Real Estate Report. results click here.

🖨 Printer friendly version

## Basic Property Report



## Property Detail Report

| For Property Located At: | 5311 ASBURY WAY STOCKTON, CA 95219 7162 |
|---|---|

**Owner Information:**

| Owner Name: | **WORLD SAVINGS BANK FSB** |
|---|---|

| Mailing Address: | **794 DAVIS ST , SAN LEANDRO CA, 94577 6922** |
|---|---|

**Location Information:**

| Legal Description: | **LOT 28** |
|---|---|

| County: | **SAN JOAQUIN, CA** | APN: | **066-160-28** |
|---|---|---|---|
| Census Tract: | **0040.02** | Alternate APN: | |
| Township Range Section: | | Subdivision: | |
| Legal Book/Page: | | Map Reference: | |
| Legal Lot: | **28** | High School District: | **LODI BASIC UNI** |
| Legal Block: | | Township Name: | |

**Last Market Sale Information:**

| Sale Price: | **$342,000** | 1st Mtg Amount: | **$239,400** |
|---|---|---|---|

DUCES TECUM
Page 12

| | | | |
|---|---|---|---|
| Recording Date: | 09/09/2003 | 1st Mtg Int. Rate: | |
| Sale Date: | 09/04/2003 | 1st Mtg Int. Rate Type: | |
| Sale Type: | FULL | 2nd Mtg Amount: | |
| Document Number: | 205776 | 2nd Mtg Int. Rate: | |
| Deed Type: | GRANT DEED | 2nd Mtg Int. Rate Type: | |
| Transfer Doc Number: | | Price Per SqFt: | 118.67 |
| Lender: | | WORLD SVGS BK FSB | |
| Seller Name: | | WESTERN PACIFIC HOUSING INC | |

**Prior Sale Information:**

| | | | |
|---|---|---|---|
| Prior Sale Price: | NaN | Prior Lender: | |
| Prior Recording Date: | // | Prior Stamp Amount: | |
| Prior Sale Date: | | Prior 1st Mtg Amount: | NaN |
| Prior Doc Number: | | Prior 1st Mtg Int. Rate: | ADJUSTABLE INT R LOAN |
| Prior Deed Type: | | Prior 1st Mtg Int. Rate Type: | |

**Property Characteristics:**

| | | | |
|---|---|---|---|
| Living Area: | 2882 | Parking Type: | |
| Total Rooms: | | Garage Area: | |
| Bedrooms: | 5 | Garage Capacity: | |
| Bath(F/H): | 3 | Number of Stories: | 2 |
| Year Built / Eff: | 2003 | Basement Area: | |
| Pool: | N | Finished Basement Area: | |
| Air Conditioning: | N | Roof Type: | |
| Fireplace: | | Roof Material: | |

DUCES TECUM    Page *** 13 ***



DUCES TECUM
EXHIBIT # 6

| | | | |
|---|---|---|---|
| Quality: | | Foundation: | |
| Condition: | | Exterior wall: | |
| Other Improvements: | | | |
| **Site Information:** | | | |
| Land Use: | | Acres: | **.19** |
| Flood Zone: | **X500** | Lot Area: | **8276.4** |
| Flood Panel: | | Lot Width/Depth: | **/** |
| Flood Panel Date: | | Zoning: | |
| County Use: | | State Use: | |
| **Tax Information:** | | | |
| Assessed Value: | **$362,930** | Tax Exemption: | |
| Land Value: | **$108,242** | Property Tax: | **$5,425** |
| Improvement Value: | **$254,688** | Tax Area: | **003244** |
| Assessed Year: | **2007** | Tax Year: | |

© US SEARCH.com Inc
2001-2007 All Rights Reserved

DUCES TECUM  Page -14-

IN RE: CASE# 2:08-02100-GEB-DAD
(2) CASE# 08-CV-02100-GEB-DAD

| | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**<br>STREET ADDRESS: 222 E Weber Avenue<br>MAILING ADDRESS: 222 E Weber Avenue<br>CITY AND ZIP CODE:Stockton, CA 95202<br>BRANCH NAME: Stockton | **SAN JOAQUIN SUPERIOR COURT**<br>**FILED**<br>**ROSA JUN QUEIRO, CLERK** |
| PLAINTIFF/ PETITIONER: Marcela Vasconcelos-Florez<br>DEFENDANT/ RESPONDENT: World Savings Bank et.al. | BY **ALLISON L LITTLE**<br>DEPUTY |
| Vasconcelos-Florez vs. World Savings Bank | |
| In re the ☐ Conservatorship ☐ Guardianship ☐ Estate ☐ Trust of: | 08/07/2008 |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>39-2008-00190440-CU-OR-STK |

Please take notice that a Case Management Conference has been scheduled on 01/07/2009 at 08:45 AM in Department 32 of this court, located at Stockton at 222 E Weber Avenue Stockton, CA 95202.

CLERK OF THE COURT,

Dated: 08/07/2008                    By: _allison L Little_____ , Allison Little, Clerk

VEN-FNR032                           **NOTICE OF HEARING**

# SUPERIOR COURT OF CALIFORNIA
### SAN JOAQUIN
**222 E Weber Avenue**
**Stockton , CA 95202**
**(209) 468-2355**

## NOTICE OF CASE ASSIGNMENT AND SCHEDULING INFORMATION AND NOTICE OF HEARING

### Case Number: 39-2008-00190440-CU-OR-STK

A Case Management Conference has been scheduled for your case as indicated below. A copy of this information must be provided with the complaint or petition, and with any cross-complaint that names a new party to the underlaying action. Disregard hearing date if that date has expired.

| Hearing: Case Management Conference | Date: 01/07/2009 | Time: 08:45:00 AM | |
|---|---|---|---|
| **JUDGE** | **COURT LOCATION** | **DEPARTMENT/ROOM** | **PHONE** |
| Hon. Lauren P Thomasson | STOCKTON | 32 | (209) 468-2355 |

[ x ] ADR Information attached.

## SCHEDULING INFORMATION

**Judicial Scheduling Calendar Information**
    See attached ADR packet.

**Ex Parte Matters**
    See attached ADR packet.

**Noticed Motions**
    See attached ADR packet.

**Other Information**
    See attached ADR packet.

Date: 08/07/2008                      ALLISON L LITTLE little, Deputy Clerk

| **SHORT TITLE:** Vasconcelos-Florez vs. World Savings Bank | **CASE NUMBER:**<br>**39-2008-00190440-CU-OR-STK** |
| --- | --- |

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause. I certify that a true copy of the attached was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at <u>Stockton</u>, California, on <u>08/08/2008</u>.

Clerk of the Court, by: _Allisen L Little_ , Deputy

Marcela Vasconcelos-Florez
4453 La Cresta Way # 2
Stockton, CA 95207

World Savings Bank

---

**NOTICE OF HEARING**



Though previously reported to be in buyout talks with CitiGroup, Wachovia Bank will be purchased by Wells Fargo & Co. without bailout assistance from the FDIC. Wachovia's website confirms the deal in a press release.

The Wells Fargo offer is for $7 a share in stock, based on Thursday's closing price, 79% above where Wachovia shares finished. Wells Fargo also will assume Wachovia's preferred stock and debt.

In conjunction with the deal, Wells Fargo will issue $20 billion in new securities, mainly common stock. Wachovia shares surged 64% premarket to $6.40 while Wells Fargo rose 1% to $35.50 and Citigroup fell 6% to $21.15.

Source: online.wsj.com

A key difference is that the Wachovia deal will be done without government assistance, while the Citigroup deal would have been done with the help of the Federal Deposit Insurance Corp.

"This deal enables us to keep Wachovia intact and preserve the value of an integrated company, without government support," Robert Steel, Wachovia's president and chief executive, said in a statement.

MARCELA VASCONCELOS-FLOREZ
Plaintiff-In Pro Per
4453 La Crest Way - APT. #2
Stockton, CA 95207
(209) 271-2768

IN PRO PER

UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF CALIFORNIA
CIVIL / TORTS - SACRAMENTO DIVISION
501 "I" STREET - COURTROOM # 10
SACRAMENTO, CALIFORNIA 95814

Case: # 39-2008-00190440-CU-OR-STK - (Superior Court: Stockton, CA)
Case: # 08-CV-02100-GEB-DAD – (U.S. District Court: Sacramento, CA)
Case: # 2:08-CV-02100-GEB-DAD – (U. S. Magistrate Jurisdiction {TBA}; CALIFORNIA)

Marcela Vasconcelos-Florez
(An Unmarried Woman)          JUDICIAL APPROVAL OF RECORDING
___Plaintiff-In-Pro Per       OF "NOTICE OF PENDING ACTION
                              AFFECTING REAL PROPERTY"
                              *(LIS PENDENS)*

VS.

                              Executed: October 1, 2008

World Savings Bank, FSB; aka:
Golden West Savings Assn; aka:
WACHOVIA CORP.
___Defendant

        I find that PLAINTIFF represents herself in the above entitled action.  Upon consideration

of PLAINTIFF-IN-PRO-PER, Marcela Vasconcelos-Florez's declaration and apparent good-cause,

I hereby order that PLAINTIFF may record a NOTICE OF PENDING ACTION (*LIS PENDENS*)

with the San Joaquin Recorder concerning the real property located at:  5311 ASBURY WAY ,

City of STOCKTON, CALIFORNIA - 95219-7162 ; pursuant to the COMPLAINT filed herein.

DATED:_____

_X_____          _____
JUDGE / JUDICIAL OFFICIAL OF THE  UNITED STATES DISTRICT COURT / And/Or /
JUDGE / JUDICIAL OFFICIAL OF THE UNITED STATES MAGISTRATE COURT

MARCELA VASCONCELOS-FLOREZ
Plaintiff-In Pro Per
4453 La Crest Way - APT. #2
Stockton, CA 95207
(209) 271-2768

IN PRO PER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
UNLIMITED CIVIL - CITY OF STOCKTON DIVISION
222 EAST WEBER AVENUE - DEPT. 11 / DEPT. 32
(HON. JUDGE LAUREN P. THOMASSON)
STOCKTON, CALIFORNIA 95202

Marcela Vasconcelos-Florez
(An Unmarried Woman)

Plaintiff-In-Pro Per

VS.

World Savings Bank, FSB; aka:
Golden West Savings Assn; aka:
WACHOVIA CORP,

Defendant

CASE: # 39-2008-00190440-CU-OR-STK

JUDICIAL APPROVAL OF RECORDING
OF NOTICE OF PENDING ACTION
AFFECTING REAL PROPERTY
(LIS PENDENS)

Executed: August 14, 2008

I find the PLAINTIFF represents herslf in the above entitled action. Upon consideration of PLAINTIFF-IN-PRO-PER, Marcela Vasconcelos-Florez's declaration and apparent good-cause, I hereby order that PLAINTIFF may record a NOTICE OF PENDING ACTION (LIS PENDENS) with the San Joaquin Recorder concerning the real property located at: 5311 ASBURY WAY, City of STOCKTON, CALIFORNIA - 95219-7162 ; pursuant to the COMPLAINT filed herein.

DATED:_____

_____
JUDGE / JUDICIAL OFFICIAL OF THE SUPERIOR COURT

RECORDING REQUESTED BY:
www.acorn.org
WHEN RECORDED MAIL TO:

Name: **MARCELA VASCONCELOS-FLOREZ**

Street Address: **4453 LA CRESTA WAY - APT. #2 APARTMENT # 2 (TWO)**

City

State: **STOCKTON, CA 95207**

Zip

Space above this line for recorder's use

*WOLCOTTS FORMS, INC.*                                                                 *SINCE 1893*

# LIS PENDENS

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
UNLIMITED CIVIL - CITY OF STOCKTON DIVISION
INSERT COURT CAPTION HERE

222 EAST WEBER AVENUE - DEPT. 11 / DEPT. 32
(HON. JUDGE LAUREN P. THOMASSON)
STOCKTON, CALIFORNIA 95202

In Re:

**MARCELA VACONCELOS-FLOREZ,** Plaintiff(s) -IN PRO PER VS.

# 39-2008-00190440
No. CU - OR - STK

v.

World Savings Bank, FSB; aka:
Golden West Savings Assn.; aka:
WACHOVIA CORP.
**Defendants**

**Lis Pendens**

**PLEASE TAKE NOTICE** that a civil action, captioned as above, has been instituted in the above-entitled Court in which the relief sought affects title to or interest in the following real property:
5311 ASBURY WAY, STOCKTON, CALIFORNIA 95219-7162 ... ( APN #: 066-160-28) ... COUNTY OF SAN JOAQUIN; STOCKTON, CA LOT # 28 — TRACT # 3130 — SPANOS PARK – WEST --- UNIT # 13*******
BOOK OF MAPS & PLATS (OR "FLATS"); VOLUME # 37 — PAGE # 40 – 08/29/02.

Dated this 28 day of August, 2008.

Marcela Vasconcelos-Florez
Marcela Vasconcelos-Florez,
Plaintiff-In-Pro Per

FIRM NAME
4453 La CRESTA Way - Apt. # 2

ADDRESS
STOCKTON, CA 95207

Marcela Vasconcelos-Florez ATTORNEY FOR PARTY

Wolcotts Forms, our resellers and agents make no representations or warranty, express or implied, as to the fitness of this form for any specific use or purpose. If you have any question, it is always best to consult a qualified attorney before using this or any legal document.

©2004 WOLCOTTS FORMS, INC.
7 67775 00840 1
#840 REV. 7-04

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* World Savings Bank, FSB; aka: Golden West

Savings Assn.: aka: WACHOVIA CORP.

DEFENDANT
**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MARCELA VASCONCELOS-FLOREZ, (An Unmarried Woman)

PLAINTIFF-In-Pro Per

*CASE: ✳ 39-2008-00190440 CU-OR-STK*

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)
FILED
SUPERIOR COURT-STOCKTON
08 AUG -7 PM 12: 42
ROSA JUNQUEIRO, CLERK
By ALLISON L. LITTLE
DEPUTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una Carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la cortey más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la Corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: 39-2008-00190440-CU-OR-STK |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
UNLIMITED CIVIL - STOCKTON BRANCH - 222 EAST WEBER AVE. - Clerk: Room 303 - STOCKTON, CA 95202

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Marcela Vasconcelos-Florez

Plaintiff-In-Pro Per --- Tele: (209) 271-2786

4453 La Crest Way, # 2, Stockton, Ca 95207-7730

DATE: AUG 0 7 2008       ROSA JUNQUEIRO       Clerk, by  ALLISON L. LITTLE       , Deputy
*(Fecha)*                                     *(Secretario)*                         *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.

2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

    under: [✓] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
           [ ] other *(specify):*

4. [ ] by personal delivery on *(date):*

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. January 1, 2004] | SUMMONS | Code of Civil Procedure §§ 412.20, 465 American LegalNet, Inc. | www.USCourtForms.com |

*Case ✳ 39-2008-00190440-CU-OR-STK*

1  MARCELA VASCONCELOS-FLOREZ
   PLAINTIFF-IN-*PRO PER*
2  4453 LA CRESTA WAY, APT. # 2
   STOCKTON, CA 95207-7730
3  Phone: (209) 271-2786

FILED
SUPERIOR COURT-STOCKTON

08 AUG -7 PM 12: 42

ROSA JUNQUEIRO. CLERK

ALLISON LITTLE
DEPUTY

5
6  MARCELA VASCONCELOS-FLOREZ
   4453 LA CRESTA WAY, APT. # 2
7  STOCKTON, CA 95207-7730
   Phone: (209) 271-2786
8
9

THIS CASE HAS BEEN ASSIGNED TO
JUDGE LAUREN P. THOMASSON IN DEPARTMENT 11
FOR ALL PURPOSES, INCLUDING TRIAL

10
               SAN JOAQUIN COUNTY SUPERIOR COURT
11                UNLIMITED CIVIL - STOCKTON BRANCH
                        222 EAST WEBER AVENUE
12                  STOCKTON, CALIFORNIA 95202

13                                          ) **CASE**    39-2008-00190440-CU-OR-STK
                                            ) (ORIGINAL COMPILED: 06/30/2008)
14                                          ) 39-2008-00190440-cu-or-STK
                                            ) **REVISED: JULY, 16, 2008**
15                                          )
16  **MARCELA VASCONCELOS-FLOREZ,**          )  **COMPLAINT**
    (An Unmarried Woman)                     )
17                                          )
    PLAINTIFF-IN-PRO PER                     ) FIRST HEARING DATE and/or
18  *Case* 39-2008-00190440) CASE MANAGEMENT CONFERENCE
19         CU-OR-STK           ) DATE: **January 7, 2009**
                                            )
20       *VS*.                              ) LOCATION /DEPT.: **Dept. 32**
                                            )
21                                          )
                                            )_____
22  World Savings Bank, FSB; aka: Golden West )TIME:  **8:45 AM**
23  Savings Assn; aka: WACHOVIA CORP.        )
                                            )
24  DEFENDANT                                )
25                                          )
                                            )
26                                          )
                                            )
27
28

              Case 39-2008-00190440-CU-OR-STK

I, Marcela Vasconcelos-Florez, Plaintiff-In-Pro-Per, in this lawsuit, once resided at the residential property located at: 5311 Asbury Way; Stockton, Ca 95219... (APN #: 066-160-28) ...Property described as: 5311 Asbury Way; City of Stockton, CA (95219); County of San Joaquin; State of California --- described as: "LOT # 28", as shown on the "MAP" entitled: "TRACT # 3130 --- SPANOS PARK – WEST --- UNIT # 13 *******", filed for record on "AUGUST 29, 2002", in the "BOOK OF MAPS and PLATS (or "FLATS"): VOLUME # 37, PAGE # 40", in the "SAN JOAQUIN HALL OF RECORDS / REGISTRAR RECORDERS' OFFICE " .

This property is a single-family house, with five (5) bedrooms, plus a formal dining room / family room, with three (3) bathrooms, attached 2-car garage -- two stories; approximately 2880 square feet of living space; on approximately one-quarter of an acre of land. When I PURCHASED the house, in 2003, I paid a down payment of $100,000.00, and since the house a relatively new and "unfinished" house, I contributed an additional $200,000.00 in "built-ins", landscape, tile flooring, and other "upgrades". On November 16, 2007, I received a noticed taped to my front door stating that my house would be sold, via "public auction" on December 7, 2007, by the second-mortgage lender, who is the *exact* same entity as the first-mortgage lender. And subsequently, the first-mortgage lender, and the second-mortgage lender are the *exact* same entities as the next "buyer/trustee/trustor-upon-sale". Such transactional endeavor, *alone*, is/was the "first-of-many" blatant, seriously illegal, and malicious "Predatory Lending Practice" ... The illegal practice of "LOAN FLIPPING" – where the "so-called second-loan" WAS from the then "disguised" affiliated lender – alas, the "shady merger and absorption" of

-2-
-?-

3

4  "Golden West Savings Association, et al" (first and original lender); and "World Savings Bank,

5  FSB" (second so-called "lender" of the unscrupulous so-called "second" predatory loan), was

6  COMPLETED, as of October 2006, and October 2007, respectively,... and then, per Common

7  Law, became a "PUBLIC RECORD" matter. Both corporate entities are now "One-Within-The

8  Same" corporation – now called "WACHOVIA CORPORATION". While my home was going

9

10  through a "legally questionable" foreclosure-process, the three bank corporations were "playing

11  Monopoly" with each other, using real banks, and real people, and real people's real property,

12  with real money, via mostly internet transactions... (...why I am adding "wire-fraud" against the

13  defendant: "World Savings Bank, FSB", to my list of complaints, and legal infractions. ); REAL

14  MONEY of REAL CUSTOMERS, that once owned REAL HOMES and REAL BUSINESSES.

15

16  I know that I am "only-one-of-many" "Golden West Savings Assn./ World Savings Bank, FSB /

17  Wachovia Corporation" VICTIMS, of that time and era, and that "TYPE" of "FRAUD" that was

18  committed, whether "intentional", or "unintentional (and opportunistically, in-favor of the

19  Lender(s))". I can only "sue" on behalf of myself, and my own interest, as of today. [ "LOAN-

20  FLIPPING" – (COC Sub-Section: 6.1.1, 11.5) ... Refer to "Evidence": "ENCLOSURE # 1"].

21

22          By definition, a "Predatory Loan" the deliberate lending of certain loans, of certain form,

23  / format, by a lender with the "sole purpose of driving, or 'railroading' the average, unsuspecting

24  borrower into an untimely foreclosure, most often unredeemable, and usually ending with the

25  'Default/Trustee Sale' ". "Predatory Lenders" impose unfair and abusive loan terms on

26  borrowers, often through the use of aggressive, and/or deceptive sales tactics. "Predatory Loans"

27  by "Predatory Lenders" turn the "American Dream" of homeownership, into the "American

28

-3-

Nightmare" of foreclosure. Also, the lenders take full advantages of the naivety/nesciences of the average borrower / customer / consumer.

For both the first- and the so-called second-mortgages, I, Marcela Vasconcelos-Florez, Plaintiff-In-Pro Per, was offered a "Take-It-Or-Leave-It"/Mandatory Arbitration Clause within BOTH loan contracts, which I blindly signed. Those two "AGREEMENTS TO ARBITRATE DISPUTES"/ "DISPUTE CONCILLIATION"/"CONFIDENTIALITY"/ ""SO-CALLED 'BINDING' ARBITRATION" clauses were open-ended and one-sided (i.e... the lender can sue or foreclose upon, me, the borrower, but I could NOT sue, or foreclose upon them, the lender...); The so-called "AGREEMENT" was to settles ALL DISPUTES outside of court, yet THEY, the LENDER was the PLAINTIFF in the "EVICTION COURT" --- case # SV270894 – San Joaquin County Superior Court; City of Stockton; 222 East Weber Avenue; Dept. # 31; Stockton, CA 95202 --- in which I, Marcela Vasconcelos-Florez, who was the DEFENDANT in that case --- LOST. I was evicted, and I was physically abused, while being escorted out of my OWN house, - (@ 5311 Asbury Way; Stockton, CA 95219) - by two civil servants, on May 6, 2008, Monday, at approximately 5:00 pm, in the presence of many neighbors, who were actually witnesses. This court-ordered eviction violated the lender's, who is now the defendant, OWN "BINDING ARBITRATION CLAUSE"... Remember that the first-, second-, and Buyer/ Trustee/Trustor is actually all "one-in-the-same" corporate entity! World Saving Bank / aka: Golden West Savings / aka: WACHOVIA had breached THEIR OWN CONTRACT, with that court action, and subsequent eviction. Also, the clauses within both "AGREEMENTS TO ARBITRATE DISPUTES" were indefinite, with NO time-lines, and PERPETUAL-in-Nature.

Under California Law, "UNCONSCIONABILITY" has both "PROCEDURAL" and

"SUBSTANTIVE" components... (*Davis Vs. O'Melveny & Myers*, _ F.3rd_, 2007 WL

1394530, at *4 [9th Circuit – May 14, 2007])... & (*Comb Vs. PayPal, Inc.*, _218 F. Supp. 2d

1165, 1172 {N. D. Cal. 2002}). The "PROCEDURAL" component can be satisfied by

showing: (1) OPPRESSION through the existence of unequal bargaining positions... ( I hope

that there is NO QUESTION about the "inequality" of my position, Marcela Vasconcelos-

Florez, Plaintiff-In-Pro Per, who is/was also the said "borrower", in the transaction/case of

*"Vasconcelos-Florez Vs. World Savings Bank/ Golden West Savings/ WACHOVIA")...*

...or (2) the element of "surprise" through "hidden terms" common in the context of "Adhesion

Contracts" (– an element which is common and typical of "Predatory Loan Contracts")...

... (*Comb: 218 F. Supp. 2nd at 1172).* The "SUBSTANTIVE" component can be clarified,

and satisfied, by showing, and "highlighting", the "overly-harsh" and/or "one-sided-nature" of

the results that "shocked the conscience".( *...Id. ...)* **The two elements of "PROCEDURAL"**

**and "SUBSTANTIVE" components operate an "invisible-sliding-scale", such that the**

**vulnerable party (Vasconcelos-Florez / Plaintiff-In-Pro Per / the "borrower" !!!) is always**

**presented with the "BINDING ARBITRATION CLAUSE", and told to: "Take-It-Or-**

**Leave-It", without the opportunity for meaningful negotiation; therefore, here, and there is**

**"OPPRESSION"; and furthermore, there is "PROCEDURAL UNCONSCIONABILITY".**

To summarize, according to California Law, those "Binding Arbitration Clause(s)", within the

Borrower-Lender contracts that I, and many other unsuspecting "borrowers", were "railroaded"

and "tricked" into signing, were/are "UNCONSCIONABLE CONTRACTS", and *ILLEGAL*.

39 - 2008 - 00190440 - CU - OR - STK

Also, I, Marcela Vasconcelos-Florez, Plaintiff-In-Pro Per, would like to add that shortly

after the date of the so-called "TRUSTEE SALE", I received another unexpected check from

World Savings Bank, et al... I never asked for, applied for, nor EXPECTED this "little check";

6

7    "World Savings Bank" – draft # 795 - 139236 - 0   (10-86/220) ... Dated: 12/17/2007... for the

8
     Amount of: $21.92 in U.S. Dollars --- $Twenty-One Dollars & Ninety-Two Cents ... signed by
9

10   someone named: "R.W. Kutue", or something... underneath the signature stating: "Official

11   Check" ... this is/was NOT a FAKE check, nor an advertisement, NOR "Threat"... this is/was

12   The "Real-Thing". Also stated on this check, over the payee ("Pay To The Order Of: Marcela

13
     Vasconcelos-Florez") line, is/was printed the remarks: "FOR PAYMENT OF ESCROW TO
14

15   MORTGAGOR". The LITERAL MEANING of that entire check, and the statements, thereof,

16   Stated/States that as of on Dec. 17, 2007, "World Savings Bank" is sending to me an ESCROW

17   Check of $21.92...( $ Twenty-One Dollars & Ninety-Two Cents... and That's All, FOLKS!)...

18   And upon CASHING such a check, I was supposed to be selling my house, OR "AGREEING"

19   to "SELL" my house (@ 5311 Asbury Way; Stockton, Ca 95219-7162...), for, YES, $21.92...

20
     That is what the Check for $21.92, LITERALLY STATES, EXPLICITLY, ... and "In-Writing".
21

22   (The bottom UPC / Tracking / Account Numbers on the bottom of **THAT** particular Bank Draft:

23   #: "457964":: 022000868 :: 68007951392360" )...(Evidence (CHECK) ENCLOSURE: # 3).

24   (Please Refer to: "Evidence" / "ENCLOSURE: #: 2" & "Evidence" / "ENCLOSURE: #: 3).

25   This act also constitutes "Mail Fraud" against the Defendant(s), "World Savings Bank, FSB", et

26
     al...; *(Federal Offense: 18 U.S.C. Section: 1341) – TORT*. {(1): A "Scheme" to "Defraud &
27

28   (2): The Use of the U.S. Mail, to mail a letter, etc., for the 'Purpose' of executing a "Scheme"}.

39-2008-00190440-CU-OR-STK

To add, the so-called second-mortgage came to me, Marcela Vasconcelos-Florez,

Plaintiff-In-Pro Per, in the U.S. Mail, *(a further violation / TORT / of the Federal Offense: 18*

*U.S.C. – Section 1341 — "Mail Fraud").* I was sent one book of commercial bank – personal

checks, that looked exactly like the checks that I used for my own personal checking account.

…(Please Refer to: **"Evidence" / "ENCLOSURE: #: 2"** … Specifically)… And , I did NOT

Order, Nor apply for, Nor REQUEST, this "Special Book of Commercial Bank (-Type) Personal

Checks". I was NOT expecting any such type of "loan instrument" in the mail, nor from any

other method of delivery. This came to me as a complete "SURPRISE" --- like a "GIFT". I

thought, perhaps, that I had "WON-A-CONTEST" from my bank, now Defendant(s), "World

Savings Bank, FSB". When I called to ask about the "mysterious" book-of-personal-checks,

With my correct name, my (5311 Asbury Way; Stockton, CA 95219) address, and written words:

"EQUITY LINE OF CREDIT" printed upon the face of each check, I called to ask the telephone

teller of "World Savings Bank",.. what an "Equity Line of Credit" was (?) … And how did this

"apply to me" (?)… And then, I stated: "I DO NOT WANT A SECOND-MORTGAGE"… And

then I was TOLD: "This 'EQUITY LINE OF CREDIT' is NOT a SECOND-MORTGAGE"…

I was informed by the telephone teller, and again by the loan officer that promptly made his way

to my front door, before the end of that same day… that: "THIS 'EQUITY LINE OF CREDIT'

is NOT the SAME as a 'SECOND-MORTGAGE' ". Also , the "in-person"/"door-to-door"

loan officer proceeded to explained to me, ( in a style , and mannerism, similar to the old, classic

"Abbott & Costello" comedy bit: "Who's On Third?"), in ENGLISH, ONLY – NO SPANISH!

…According to **CA -AB489 of 2001**, *any* "surprise" mortgage check-in-the-mail is ILLEGAL.

49-2008-00190440-CU-OR-STK

When I agreed to sign the "EQUITY LINE OF CREDIT" agreement, that was told to me, (i.e., Supposedly), "WAS & WAS NOT" a second-mortgage, I learned that I had entered into an "UNCONSCIONABLE" contract, wherein as every check that I wrote with that "Special Book Of Personal Checks", created a direct LIEN against my home, and then place of residence, (@5311 Asbury Way; Stockton, CA 95219), for up to the amount of $50,000.00... I did NOT know, and no one ever stated that if I missed three payments, for whatever reason, that I would LOOSE my home. And the contract that I signed at my front door, wearing my bathrobe,... I NEVER received a COPY (...of the contract that explicitly stated the "terms" of the "EQUITY-LINE-OF-CREDIT" – "that–was–NOT"—a "SECOND-MORTGAGE", as the telephone teller, AND the "door-to-door"/"on-call"/ "minuteman" loan officer, had stated, VERBALLY). To say the least, this was an "aggressive and deceptive" sales tactic... since most "Loan Officers" are usually commission "sales agents" – about 99% are commission jobs. Since this was a violation of *provisions of Subsections (a), (b), and/or (c) of the section 18 U.S.C. – Section 1962 d* *("Loan Sharking"),* in addition to violation of the "*Mail Fraud" Federal Offense: 18 U.S.C. – Section 1341* ... the defendant(s), and all of their involved agents, and affiliates, were and are In violation of the **"RICO"** statute: *"Racketeer Influenced and Corruption Organizations"* act Passed by Congress in 1970... (*...18 U.S.C. Subsections 1961 – 68 ... in particular: 1962d.)* *(...Pinkerton Vs. United States, 328 U.S. 640, 646, 66 S. Ct.: QUOTE:" A s long as the* *'partnership' –in-crime continues, the partners act for each other in carrying the crime...or* *criminal acts.. forward").* ... The partnership and/or "organization" is/was "within & without" the three corporate entities: World Savings Bank; Golden West Savings; now, "WACHOVIA" .

To conclude the matter regarding the "Surprise-Book-Of-Personal-Checks-With-The-Spending/Credit-Limit-Equal-To-The-Equity-Of-My-House"... there was also a statement in-Print: "No ACH Conversion" / Minimum Check Amount $250.00" ... How can someone, or any bank corporation, enforce upon customer a "BOTTOM-/-MINIMUM-Spending-Limit"? And "NO ACH CONVERSION" ??? In this age of computers, internet, and the world-wide-web, how can someone, or any corporate entity send a customer a 'book-of-personal –checks', and tries to enforce how the customers makes payments with those checks, thus enforces how the customer uses the available funds, in general? Also, when "EQUITY-LINE-OF-CREDIT" was printed-in-bold on the face of the book-of-personal-checks, there should have been at least a "short-hand" notation of the "TERMS" printed on each personal check also...such as: *"8.5% –30-yr-fixed"* , in order to make a clearer statement about the "borrower/lender" aspect; Or better: ***"2nd Loan --8.5% --30 yr.-fixed".*** I, Marcela Vasconcelos-Florez, Plaintiff-In-Pro Per, was slightly embarrassed, but I must admit that I DID NOT KNOW, at first glance, that the book-of-personal-checks were "Loan Instruments". And I DID NOT KNOW the meaning of: "EQUITY-LINE-OF-CREDIT", when that was the only statement printed-in-bold on that book-of-personal-checks, used on personal checks, and utilized in that "context". And, as mentioned, the telephone teller, and the loan officer, failed to explain what exactly the "words" on the personal checks meant... I was told to "just sign here", and that I had a $50,000.00 limit. When mortgage companies send "UNSOLICITED", "SURPRISE", mortgage checks in the mail, *With the "unilateral understanding"* that if the customer signs the check(s), and uses the funds, then that customer is consenting to the "terms" of an illegal, "blind" mortgage-lender-contract.

✳39-2008-0017044-CU-OR-STK

I, Marcela Vasconcelos-Florez, Plaintiff-In-Pro Per, am a victim of <u>TWO</u> Predatory

Loans, and <u>ONE</u> Predatory Lender, that disguised itself as three separate corporate entities,

with, or without intent. "World Savings Bank, FSB"; aka: "Golden West Savings Assn".; aka:

"WACHOVIA" always used the "excuse" of their "merger/ absorption" endeavors to cover-

-up their own mistakes, and inconsistencies, throughout the time (2003-2008) of our limited

transactional period. Many times between 2006-2008, the respective bank's "internet payment

websites" became disabled, or "shut-down" completely, without ever allowing customers a

"grace-period" for making mortgage, or credit card payments, before entering into a "default"

status. I remember in August of 2007, when the electronic payment website had NOT been

working for <u>several days</u>, and I had to travel to the nearest "WACHOVIA" branch office.

The bank manager, "Peter", verbally informed me that the computers at his branch office we

"shut-down", also, and I could NOT make my mortgage payment there, not even with "cash-in-

hand". (What happened to the "Good-Old-Days", when the bank manager could accept your

payment, a give you a "Good-Old-Handwritten-Receipt"?). When I went home to call the

corporate payment center in "The City of Industry, Southern California", they informed me that

they would send me a letter in the U.S. Mail as to how to correct their internet error, and make

my payment, which was late three (3) months, at the point. Nothing arrived, just advertisements

from <u>other companies about other loan offers. **(Please refer to "Evidence"/ "ENCLOSURES:**

**#: 4, #: 5, #: 6, #: 7, #: 8, and #: 9.)**</u> One of such "advertisements" actually "looked" like an

ACTUAL document **(Please Refer to: "Evidence" / "ENCLOSURE: #: 4")**, and slightly

resembled a "NOTICE OF DEFAULT", but it WAS NOT REAL. I did NOT receive a N.O.D.

×39 - 2008 - 00190440 - CU-OR-STK

I, Marcela Vasconceolso-Florez, Plaintiff-In-Pro Per DID NOT RECEIVE an ACTUAL

NOTICE of DEFAULT, until approximately February of 2008 --- two months <u>AFTER the</u>

<u>Alleged "TRUSTEE SALE" of my home at 5311 Asbury Way; Stockton, CA 95219.</u> **(Please**

**Refer to "EVIDENCE" / ENCLOSURE: #: 10). ///** *Non-judicial "Power-Of-Sale" must*

*Conform to California Civil Code: Subsection 2920 – 2924… "The Trustee MUST mail the*

*BORROWER a copy of the NOTICE OF DEFAULT within 10-DAYS (TEN-DAYS) of the*

*Recoding date of the NOTICE OF DEFAULT.* … The NOTICE OF DEFAULT was recorded

On July 15th or 16th , 2007 in San Joaquin County Recorder's Office. I received the "clever ad"

That looked similar to an actual NOTICE OF DEFAULT, from a company called "NFI

Mortgage Assistance Department", and this was dated "August 3, 2008", and mailed first class,

within an UNUSUAL ENVELOPE, "*NOT* in an ordinary business letter, or parcel". When I

received (dated 18-days-after-the filing-of-the-NOTICE-OF-DEFAULT) this advertisement, or

announcement, and called the phone number, I only reached voicemail. *(Please refer to*

*"EVIDENCE" / "ENCLOSURE(S): #: 4 & #: 10").* … And the "electronic failures" /

"breaches" on the Internet Payment Website(s) of WACHOVIA, et al., with no subsequent

"grace-periods", or civil remedies for customers who were/are trying to make payments to

avoid "default", and/or "foreclosure" are/were grounds to constitute: *"Wire Fraud", … 18*

*U.S.C. Section 1343… Federal Offense against the Defendant (s): "World Savings Bank";*

*aka: "Golden West Savings"; aka: "WACHOVIA"… as defined as: "A 'Scheme' to 'defraud'*

*by way of 'interstate wire communication'." (the 'internet' is considered a 'wire'…please be*

*aware that this law was created many years before the invention of the 'Internet').*



# 39-2008-00190440-CU-OR-STK

One non-profit organization has offered me an abundance of information and assistance. I would like to include within this complaint (*Please refer to: "EVIDENCE" / "ENCLOSURE: #: 11"*) the definitions, and legal descriptions of "Predatory Lending", and new laws that are coming into affect to battle "Predatory Lending".

I, Marcela Vasconcelos-Florez, Plaintiff-In-Pro Per, have suffered financially, emotionally, mentally, physically, and incurred many medical problems as a result of stress. My prayer is for POSSESSION and "QUIET TITLE" of my home (@5311 Asbury Way; Stockton, Ca 95219-7162). I also pray for a minimum of $1,000,000.00 in other damages, since many valuable family heirlooms were lost, and/or destroyed in this fiasco. I also pray for a minimum of $500,000.00 in punitive damages, and another $500,000.00 to cover my medical / psychiatric expenses to be incurred in the future, as a direct result of the damage done by the Defendant(s), "World Savings Bank, FSB"; aka: "Golden West Savings Assn."; aka: "WACHOVIA Corp." I pray for a minimum of $2,000,000.00 (Two Million Dollars –U.S.), PLUS, the return of my house in good condition. Also, whatever legal expenses that may be incurred, I pray for all legal expenses to be paid by the Defendant.

*I declare under penalty of perjury, under the laws of the State of California, U.S.A., that the foregoing statements are correct and true.*

_____

Marcela Vasconcelos-Florez, Plaintiff-In-Pro Per

DATE

–12–



*Save This!*

*make copies*

*Very important info!! Page #1 ↑*

*EVIDENCE: ENCLOSURE # 1*

**REUTERS**

LATEST NEWS ◀▶ DOW DROPS 2 PERCENT ON OIL, WEAK FACTORY DATA ■

$0 **Stock Trades**
10 each month with $2,500 minimum. $4.50 others

BROKER CENTER SPONSORED LINKS

**FOREX**.com
Free eBook ▶
¥ € $ - Learn. Practice. Trade.

Learn to Trade with a FREE Guide.

$0 **Stock Trades**
zecco.com
$0 stock trades. 10 free per month.

You are here:   Home > Stocks > Full Description

HOME
BUSINESS & FINANCE
Markets
Deals
Industries
Stocks
  Overview
  Full Description
  Option Quote
  Charts
  Officers & Directors
NEWS
  Key Developments
  Company News
  Press Releases
FINANCES
  Financial Highlights
  Ratios
  Financial Statements
SENTIMENT
  Performance
  Insider Trading
  Institutional Holders
ANALYSIS
  Estimates

## Full Description

## Wachovia Corp WB (NYSE)

**Sector:** Financial  **Industry:** Regional Banks    View **WB** on other exchanges

As of 3:49 PM EST     Price Change     Percent Change

**$37.06** USD  ▾0.97     ▾**2.55%**

▸ Independent Research  ▸ Broker Research

Back to the Company Overview

Wachovia Corporation (Wachovia), incorporated in 1967, is registered as a financial holding company and a bank holding company, and provides commercial and retail banking, and trust services through full-service banking offices in Alabama, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Illinois, Kansas, Maryland, Mississippi, Nevada, New Jersey, New York, North Carolina, Pennsylvania, South Carolina, Tennessee, Texas, Virginia and Washington, D.C. The Company's primary banking affiliate, Wachovia Bank, National Association (WBNA), operates a substantial majority of these banking offices, except those in Delaware, which are operated by Wachovia Bank of Delaware, National Association, and exce those in Arizona, Colorado, Illinois, Kansas, Nevada and certain branch offices in California, Florida, New Jersey and Texas, which are operated by World Savings Bank, FSB (World Savings). In October 2007, Wachovia completed the acquisition of A.G. Edwards, Inc., which v be combined with Wachovia Securities LLC brokerage firm.

In June 2006, Wachovia closed the purchase of defined contribution recordkeeping business from Ameriprise Financial, Inc. In October 2006, the Company acquired Golden West Financia

*Case ✕ 39-2008-0019O44O-CU-OR-STK*



Recommendations
Analyst Research

**Stock Buzz**

**Funds**

**ETFs**

**Currencies**

**Commodities**

**Options**

**Bonds**

**Analyst Research**

**Portfolio**

**NEWS**

REUTERS LIFESTYLE
TRAVEL

› Boomers lead trend
for adventure
holidays

› Find more

Stock market headed
for a fall? Get the
latest forecast by
Forbes columnist!
**Click Here**

Free Annual Reports for
thousands of companies-

**click here for yours**

Corporation. In February 2007, the Company acquired a majority interest in European Credit M
firm based in the United Kingdom.

Wachovia also provides a range of other financial services, including mortgage banking, invest
asset-based lending, leasing, insurance, international and securities brokerage services throug
brokerage business is conducted through Wachovia Securities, LLC, and operates in 49 states
Management, the General Bank, Wealth Management, and the Corporate and Investment Bar

General Bank

The General Bank provides a range of banking products and services to individuals, small bus
institutions in 21 states and Washington, D.C. The General bank focuses on small business cu
customers. During the year ended December 31, 2006, it had 12.3 million online product and s
customers.

Wealth Management

Wealth Management tailors the capabilities of a major financial institution to the individual nee
businesses. Teams of relationship managers and specialty advisors focus on serving clients w
offices focus on families with $25 million or more in investable assets. Wachovia Insurance Se
management services, employee benefits, life insurance, executive benefits and personal insu

Corporate and Investment Bank

Wachovia's Corporate and Investment Bank offers a suite of products and services to public ar
institutions and the financial sponsor community. Investment banking and the global markets b
Wachovia Securities brand. It also provides advisory, capital raising, structuring and execution
business, as well as asset-based lending, global correspondent banking services and principal

Capital Management

Capital Management leverages its multi-channel distribution to provide a line of proprietary and
services to retail and institutional clients. Retail brokerage services are offered through the 2,7
Washington, D.C., and in Latin America. Evergreen Investments, a diversified asset managem
institutional investors and endowments. Securities lending services are offered through Metrop
Investment Products Group is a provider of retirement services for individual investors, corpora

Back to the Company Overview

**FIND OUT MORE ABOUT WB**

Ratio Comparison
Officers & Directors
Key Developments

EVIDENCE:
ENCLOSURE
*1

NYSE and AMEX quotes delayed by at least 20 minutes  Nasdaq delayed by at least 15 minutes. For a complete

Data supplied by Reuters Fundamentals.    Page  * 1 B

**Reuters.com:**  Help | Contact Us | Advertise With Us | Mobile | Newsletters | RSS 🔊 | Widgets | Interactive TV | Labs | Site

**Reuters Corporate:**  Copyright | Disclaimer | Privacy | Products & Services | Professional Products Support | About Reuters | C

**International Editions:**  Arabic | Argentina | Brazil | Canada | Chinese Simplified | Chinese Traditional | France | Germany | I
South Africa | Spain | United Kingdom | United States

Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline
market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Reuters journalists are subject to th

Case *32-2008-00190440-CU-OR-ST*

About Us | Branch Locator | Sigr

**Manage Your ₁**

**Savings & Checki**

**Sign-In Name**

| Loans | Savings | Checking | Investing | **Password** |
|-------|---------|----------|-----------|----------|
| Home Loans | Rates | Rates | Investment Choices | |
| Refinancing | CDs | Checking Accounts | Atlas Information | Enroll   Password H |
| Equity Line of Credit | Money Market Accounts | Open an Account | Financial Advisor | |
| My Loan Information | Open an Account | More... | Locations | - |
| More... | More... | | More... | |

**Open an Account**
Select Type

# EVIDENCE / ENCLOSURE

## ☀ 1

View now

Learn more

**Find a Branch**
Select Region

Page 1c

Careers | Site Map | Help

© 2001-2007 World Savings. All Rights Reserved.
Terms of Use | Privacy, Security, and Fraud Prevention | FDIC Insured

On October 11, 2007, existing World Savings Bank, FSB and World Savings Bank, FSB (Texas) deposit accounts will be transferred to Wachovia Bank, N.A. or Wachovia Bank of Delaware, N.A., respectively. After October 11, Wachovia will continue to Savings name to serve some of our World Savings deposit customers until our operations and branch networks are combined. Ther to World Savings Bank, FSB or World Savings Bank, FSB (Texas) as it relates to deposit products and/or services throughout this W understood to mean "Wachovia Bank, N.A., successor in interest to World Savings Bank, FSB" or "Wachovia Bank of Delaware, N.A interest to World Savings Bank, FSB (Texas)." World Savings credit products and services will continue to be offered and serviced b Bank, FSB after October 11, 2007. If you have any questions, please visit a World Savings branch or call 1-866-467-3776.

Wachovia Securities is the trade name under which Wachovia Corporation provides brokerage services through two registered brok Wachovia Securities, LLC, and Wachovia Securities Financial Network, LLC, members FINRA/SIPC. All broker-dealers are separate, of Wachovia Corporation. Wachovia Corporation is the Parent company of World Savings.

**Securities and Insurance Products:**

**NOT FDIC INSURED • NOT A DEPOSIT • NO BANK GUARANTEE • MAY LOSE VALUE • NOT INSURED BY ANY FEDERAL GOVERNMI**

Case ☀ 32-2008-00190440-CU-STK

EVIDENCE/ENCLOSURE
# 2

Case
#39-2008-00190440-CU-OR-STK

MARCELLA VASCONCELOS-FLOREZ     **Equity Line of Credit**          1012
ASBURY WAY
STOCKTON CA 95219-7162

                                        DATE                        90-8190/1211

PAY TO THE
ORDER OF                                                       $

_____ DOLLARS

⊚ **WORLD SAVINGS**®
   San Leandro, CA    BANK, FSB                No ACH Conversion
   1-800-642-0257                          Minimum Check Amount $250.00
   www.worldsavings.com

MEMO                                                                    NP

⑆ ⬛⬛⬛⬛⬛⬛⬛ ⑆ 1012  ⑈ 000⬛⬛⬛ ⬛⬛⬛⬛

WORLD SAVINGS®

1901 Harrison St.
Oakland, CA 94612

IOE 0029713419

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

795    139236    10-86/220    0

DATE    12/17/2007

FOR PAYMENT OF ESCROW TO MORTGAGOR
Twenty One and 92/100 Dollars

PAY TO THE ORDER OF:

MARCELLA VASCONCELOS-FLOREZ
5311 ASBURY WAY
STOCKTON CA 95219-7162

CHECK AMOUNT *************$21.92

TWO SIGNATURES REQUIRED ON CHECK OF $10,000 OR MORE
OFFICIAL CHECK

AS AGENT FOR INTEGRATED PAYMENT SYSTEMS, INC.

Issued by Integrated Payment Systems Inc. Englewood, Colorado. To Citibank, N.A. Buffalo, NY

⑈457964⑈ ⑆02 20008 68⑆ 6800 795 139 2360⑈

499156280698 Rev.1 2/05 M 63700-N / 58902-O

EVIDENCE
ENCLOSURE
# 3

Page
# 3A

Case# 39-2008-00190440-CU-OR-STK

case #39-2008-00190440-CU-OR-STK

THE ENCLOSED REFUND REFLECTS EXCESS FUNDS FOR ONE OF THE FOLLOWING REASONS:

- Overage/Escrow Balance at time of payoff
- Escrow overage from your last analysis
- Surplus in your escrow account
- Escrow balance from your non-escrowed loan
- Tax refund received from Taxer

This was an "INSERT"

IF YOU WOULD LIKE THESE FUNDS APPLIED TO THE BALANCE OF YOUR LOAN PLEASE ENDORSE AND RETURN TO:

WORLD SAVINGS
P. O. BOX 659558
SAN ANTONIO, TEXAS 78265-9558

IF YOU HAVE ANY QUESTIONS REGARDING YOUR REFUND, YOU MAY SPEAK TO ONE OF OUR REPRESENTATIVES AT 1-800-642-0257.

LNS-562 (01/01)

WORLD SAVINGS
Loan Service
P.O. Box 659568
San Antonio, Texas 78265-9568

9521947162 R021

EVIDENCE:
ENCLOSURE
# 3

Page # 3B

*In the Matter of the Complaint of*
# World Svgs
### AGAINST THE HOMEOWNER NAMED BELOW

*Filed or to be filed in*
**SAN JOAQUIN COUNTY**

## DATE OF MAILING
**August 3, 2007**

| | |
|---|---|
| **World Svgs Acting as Attorney; Beneficiary or Trustee** | **Record #: Ca4717** |
| **vs.** | **Estimated Balance of Note: Unavailable** |
| **Marcella Vasconcelos-Florez**<br>**5311 Asbury Way**<br>**Stockton, CA 95219-7162** | **Auction Date: Pending** |
| **Homeowner** | |

## Mortgage Assistance Department
### Requisition to Stop Foreclosure

This is to inform the homeowner(s), named above that the above information is derived from public records, and that its entry into the same was initiated by action taken by the above named Lender, or its representative(s); and that any and all assistance emanating from this offer, which may be ordered by the homeowner(s), will be provided by a housing consultant that will be assigned to your case by Nationwide Foreclosure Intervention. The purpose of this assistance is to find an intervention plan that is best for you, in which the principle objectives are to:

1) **REFINANCE YOUR EXISTING LOAN AND GET OUT OF FORECLOSURE**
2) **NEGOTIATE**
   - THE TERMS OF A REPAYMENT PLAN, OR REINSTATEMENT OF THE MORTGAGE
   - MAY REDUCE, OR ELIMINATE ANY PENALTIES OR FEES
   - TO REDUCE THE AMOUNT OF THE MONTHLY MORTGAGE PAYMENT (IF APPLICABLE)
3) **NOTIFY HOMEOWNER OF RIGHTS PERSUANT TO HUD ML 2000-05**
4) **MITIGATE THE LENDERS LOSSES IN THIS MATTER**

Homeowner must notify the Foreclosure Consulting Department **immediately** of their intention and desire to have the foreclosure stopped, by calling the Mortgage Assistance department and speaking to a consultant or leaving a message for our consultants **immediately.** This notice is not an official document nor are we affiliated with any of the above named parties.

### Mortgage Assistance Department: 800-501-0907 / Fax: 718-907-7987

**There is a small window of time in which help can be offered so you need to call immediately at the number above in order to take care of this issue.**

*Case ※ 39 - 2008 - 00190440 - CU - OR - STK*

*NFI Mortgage Assistance Department*
*800-501-0907 Fax: 718-907-7987*
*20928 N John Wayne Pkwy C-13 #152 • Maricopa, AZ 85239*

*EVIDENCE: ENCLOSURE ※ 4*

TO OPEN THIS SIDE - SLIDE FINGER UNDER THIS EDGE

REMOVE THESE EDGES FIRST
FOLD, CREASE AND TEAR ALONG PERFORATION

SEE OTHER SIDE FOR
OPENING INSTRUCTIONS



**FIRST CLASS**

FIRST CLASS
PRE-SORT
U.S. Postage
PAID
Permit #236
92054

## OPEN IMMEDIATELY

Marcella Vasconcelos-Florez
5311 Asbury Way
Stockton, CA 95219-7162

||..||..||..||..||||..||..||..||.||||...||..||..||..||.|||.|

EVIDENCE: ENCLOSURE
* 4

case # 39-2008-00190440-CU-OR-STK

# EVIDENCE: ENCLOSURE *5

**ATTACHMENT 3J**

### SECOND AFFIRMATIVE DEFENSE

* *  The Complaint, and each purported cause of action alleged therein against answering Defendant, is barred by Plaintiffs failure to mitigate damages, if any be proven. In June 2007, I attempted to make online payments with World Savings Bank in order to pay for my entire past due amount. By this time, I had missed my March, April, and May payments. As of June 29, 2007, my past due amount was $975.60 and I owed another monthly payment of $340.55, for a total of 1,316.15.

For some reason, the online system would not accept my payment. I then contacted World Savings Bank where a customer service representative told me that I could not pay online because I owed late fees and collections fees. The customer service representative was unable to give me the sum of how much I owed, and she told me that she would send me this information via U.S. Mail. I never received this information. After still not receiving this information, I contacted World Savings Bank again. Once, more, I did not hear back from the bank regarding the amount I owed.

On November 16, 2007, I received a notice taped to my front door stating that my home would be put up for public auction on December 7, 2007. On November 19, 2007, I spoke with a customer service representative at World Savings Bank and I was told that the bank was willing to help me. I was told to fax tax returns, bank statements and pay check stubs. I faxed these documents to the collections department at fax number 210-509-1146 as I was told. I never received a response or a follow up.

I made attempts to solve this problem, but World Savings Bank did not respond to these attempts. As a result I may be losing my home, a home which I have contributed $200,000 in equity, over roughly $1,700 in back payments.  * *

* Statement of Mrs. Marcela
Vasconcelos-FLOREZ, then
Defendant, with regard To
World Savings Bank: MAR. 08.

Case # 39-2008-00190440-CU-OR-STK

# EVIDENCE: ENCLOSURE
# *5

**WORLD SAVINGS**

August 31, 2007                    Loan Number: 0032227654

REINSTATEMENT QUOTE



Marcella Florez Vasconcelos
5311 Asbury Way
Stockton, CA 95219 7162

Customer:  Marcella Vasconcelos-Florez
Property: 5311 Asbury Way, Stockton CA 95219

Dear Sir or Madam:

Please find below a breakdown of the total amount due to reinstate
the above loan from foreclosure status:

| | |
|---|---:|
| 6 payment(s): | 1,893.24 |
| Advance(s): Escrow | .00 |
| Accrued Late Charge: | 93.57 |
| Miscellaneous Fee(s): | |
| CORPORATE ADVACNE | 622.24 |
| | .00 |
| Foreclosure | .00 |
| Less: Credit (Suspense) | < .00> |
| Total required to reinstate loan in full | 2,609.05 |
| Property Preservation/Inspection Fees | .00 |
| NSF Fees | .00 |
| TOTAL REQUIRED TO REINSTATE LOAN AND RELATED | 2,609.05 |

WORLD SAVINGS CHARGES (Good through 09-13-07)

Only certified funds (cashier's check, certified check or money order)
will be accepted to reinstate this loan.  All personal and/or business
checks will be returned.  Please do not mail cash to reinstate the
loan, as it will not be accepted.  Funds received that are not for
the full amount due will be returned.  Payments may be taken in any
World Savings branch or mailed to the address below.  To locate a
branch nearest to you, please visit us at www.worldsavings.com.

Please note that we do not recognize mailing postmark dates.  Therefore,
the amount quoted above must be received in a World Savings branch or
at our San Antonio office no later than 5:00 p.m., Central Time on
09-13-07.  After this date, additional amounts may become due.

XF613 043 AAV

P.O. Box 659558
San Antonio, Texas 78265-9558

Case# 39-2008-00190440-cu-OR -STK

**WORLD SAVINGS**

EVIDENCE:
ENCLOSURE
# 6  Page # 6 B

Please call for wiring instructions or if remitting by mail, please send to:

> World Savings
> Attn: Cashiering Dept., T3P1
> 4101 Wiseman Blvd.
> San Antonio, Texas 78251

As a reminder, you are required by your Note and Security Instrument to continue to meet and pay other obligations including, but not limited to payment and maintenance of insurance, property taxes and other assessments. If you are unable to make future payments on the loan, pay property taxes, provide proof of hazard insurance, maintain the collateral, or pay other obligations as required by the Note and Security Instrument, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require, as a condition of reinstatement, that you provide reliable written evidence that all senior liens, property taxes, and insurance premiums are paid current.

Payment in accordance with this reinstatement quote may not be sufficient to cure all defaults of the Note and Security Instrument. You should review any previously issued Notices of Intent to Foreclose or Notices of Default to determine if any non-monetary defaults remain outstanding. Unless all defaults are cured, foreclosure sale proceedings will continue.

This reinstatement quote may or may not include advances for insurance, property taxes and other assessments. If World Savings advanced delinquent property taxes, hazard/flood insurance, or other assessments on your behalf, you may be required to make payment into an escrow account with World Savings. You will be notified in writing upon the reinstatement of your loan as to specific requirements, if any.

Thank you for your attention to this matter. Should you have any questions or need additional information, please contact us at 1-800-282-3458. A representative is available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m., Central Time.

Foreclosure Department

XF613   043 AAV

NOTICE REQUIRED BY FEDERAL LAW:
*Please be advised that World Savings may be attempting to collect a debt. If you are currently in bankruptcy or your debt has been discharged in bankruptcy, World Savings is only exercising its rights against the property and is not attempting to hold you personally liable on the Note.

PO Box 659558
San Antonio, Texas 78265-9558

Case # 39-2008-00190440-CU-OR-STK

Case: #39-2008-00190440-CU-OR-STK

# EVIDENCE: ENCLOSURE #7



EQUAL HOUSING OPPORTUNITY

Se Habla Español

*******************AUTO**3-DIGIT 952
Vasconcelos Marcella
5311 Asbury Way
Stockton, CA 95219-7162

# URGENT NOTICE

## FEDERAL RESERVE LOWERS INTEREST RATES AGAIN!

Dear Vasconcelos,

After careful review and consideration of your existing mortgage(s), we are pleased to inform you that **you have been pre-qualified for the new payment below.** Due to your adjustable interest rate and possible adjustments ahead we want to help stabilize your payment which would result in more security. Please understand that a simple 1% increase in interest rate will create an 11% payment increase.

### 7 YEAR FIXED 4.75%   (APR 4.99)

#### Your New Payment Choices:

Principal + Interest:   $1,361.50
Interest Only:   $1,033.13

30 and 40 yr fixed rates also available

*If you currently have a 2nd mortgage, loan amount and payment do include payoff of 2nd.

Please call **888-630-8301** within 21 business days to modify your current adjustable rate mortgage. As an additional bonus, loans restructured this month will qualify to skip 2 payments. **This means your first payment won't be due until May 1st, 2008.**

For more information about our review process, or the different options available to you, contact us at the number below during our normal business hours, Monday through Friday, 9:00am to 6:30pm PST.

Sincerely,

Loan Servicing Department
**Toll Free (888) 630-8301**
**Se Habla Español**

Certain restrictions may apply. A final loan approval or commitment can be issued after we have verified and underwritten the information from your loan application, credit report, appraisal of the property and such other information as may be required under our standard underwriting guidelines. Loan terms are for owner occupied, full documentation of income, 70% LTV and FICO scores above 700. 7 year fixed interest only loan APR = 4.99%. Rates are subject to change. Lender is not affiliated with World Savings Bank FSB and World Savings Bank FSB did not provide any information about you or your loan — Equal Housing Lender

# EVIDENCE: ENCLOSURE #8



EQUAL HOUSING OPPORTUNITY

4339
LENDER: WORLD SVGS
Marcella Vasconcelos-Florez
5311 Asbury Way
Stockton, CA 95219-7162

||I.I..I.I..I.I..II.I.I..I..I..II.II..I.I..I.I..II..II.I.I.I

**Se Habla Español**

**Reference Number**
**NOD09111**

Property Address: **5311 Asbury Way**
**Stockton, CA 95219-7162**

Dear Marcella Vasconcelos-Florez ,

We have received your case from your current lender WORLD SVGS.
We understand these times are difficult and unfortunate. We have exciting options for you to stay in
your home and restructure your current program.

As a loan servicing company of WORLD SVGS please call us immediately so we can begin
restoration and explore your options. We are not able to begin without authorization. Please call
Monday through Friday 9:00 AM to 6:00 PM and reference the customer number above.

Sincerely,

Loan Servicing Department

Toll Free (866) 456-3971

$Case^{\#} 39-2008-0019040-CU-OR-STK$

Certain restrictions apply. A final loan approval or commitment can be issued after we have verified and underwritten the information from your loan application, credit report, appraisal of the property and such other information as may be required under our standard underwriting guidelines. Apex Lending is not affiliated with WORLD SVGS and WORLD SVGS did not provide any information about you or your loan- Equal Housing Lender





**WACHOVIA**

December 14, 2007

An important reminder
about your conversion to
Wachovia Online Services

WS-OR1-000090638
Marcella Florez
5311 Asbury Way
Stockton CA 95219-7162
|||..|..|..|..|..||..||.|..|..|..||.||..||..|..|..||..||.|..||.|



EVIDENCE
ENCLOSURE
※ 9

Dear Marcella Florez,

If you're not already using Wachovia Online Services, now is the time to start! In October 2007, your World Savings accounts were converted to Wachovia. To start using Wachovia Online Services, all you need to do is set up your Wachovia User ID and Password As a quick reminder, here's how to get started:

- **Log in at worldsavings.com using your World Savings Sign-In Name and Password.** You'll be prompted to go to Wachovia Online Services Please remember that as of October 15, all online banking services and capabilities are available only through Wachovia Online Services.
- **Set up your Wachovia User ID and Password.** Simply follow the prompts. You can keep your existing User ID and Password if they meet Wachovia system requirements and are not already in use. Otherwise, you'll be prompted to enter a new User ID and/or Password.
- **Create three Secret Questions and Answers.** These will be used to confirm your identity if you forget your Password.
- **Log in to Wachovia Online Services.** Click the link *Login to Wachovia Online Services* and enter your new User ID and Password in the Login section of wachovia.com. Remember to add wachovia.com to your Favorites or Bookmarks.

If you haven't been taking advantage of the convenience of Wachovia Online Services, we think you're missing a great opportunity to improve your banking experience. So set up your Wachovia User ID and Password and start banking online at Wachovia today! See for yourself why wachovia.com was ranked #1 in Web site satisfaction.[1] Wachovia is dedicated to providing you a safe and dependable service for accessing your financial information online. Learn more at wachovia.com/onlineguarantee.

We're here to help with any questions you may have. Please call us at 800-950-2296, 24 hours a day, seven days a week, or stop by your local Wachovia Financial Center. To learn more visit our demo at wachovia.com/onlineservicesdemos.

Thank you for banking at Wachovia. We look forward to serving your financial needs for many years to come.

Sincerely,

Donna N. Patel
Senior Vice President

[1] comScore Networks ranked wachovia.com number one in web site satisfaction and for the percentage of active customers who say they will recommend the site to others.
©2007 Wachovia Corporation; Wachovia Bank, N.A. and Wachovia Bank of Delaware, N.A. are Members FDIC and are Equal Credit Opportunity Lenders. World Savings and Wachovia are registered trademarks of Wachovia Corporation. Equal Opportunity Lender.

*Se* ※ 39-2008-001904440-CU-OR-STK



Comptroller of the Currency
Administrator of National Banks

January 30, 2008

Marcela Vasconcelos Flores
5311 Asbury Way
Stockton CA 95219

Re: Case# 745702
WACHOVIA BANK, NATIONAL ASSOCIATION

Dear Ms. Vasconcelos:

This letter acknowledges receipt of your correspondence concerning the above referenced bank.
The Office of the Comptroller of the Currency (OCC) is the federal regulator responsible for this
institution. Based upon your correspondence we have opened a case in the OCC's Customer
Assistance Group (CAG). Please make note of the case number listed above, and provide the
number on any future correspondence or contact with our office.

We have carefully reviewed the information you provided, and contacted the bank requesting a
response to your issues. In most instances, the bank will respond directly to you and copy us in
writing. Once you receive the bank's response, it is very important that you carefully review
their summary and actions taken, if any.

If the bank has satisfactorily addressed your issues and/or concerns no further action on your
part is required. If however, the bank failed to address any of your issues and/or concerns or you
disagree with their response, please contact the CAG in writing within 30 days of receipt of the
bank's letter. Please include in your reply the specific issues that the bank failed to address or, if
applicable, the reasons you disagree with the bank's assessment. Also, please include any
additional documentation that supports your position.

The OCC examines national banks to ensure their safe and sound financial condition and ensures
compliance with applicable banking laws, rules and regulations. The CAG was established to
assist customers who have questions or complaints involving national banks. For additional
information on the OCC and CAG please visit our internet site www.helpwithmybank.gov.

Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, Texas 77010-9050
Phone: (800) 613-6743, FAX: (713) 336-4301
Internet address: www.helpwithmybank.gov

'ase #39-2008-00190440-CU-OR-STK

EVIDENCE/ENCLOSURE
\* 10   Page 10B

The CAG offers guidance, and assists consumers in resolving complaints about national banks
and their subsidiaries. The CAG is not a consumer advocacy or bank advocacy group. The
OCC is an administrative agency and we do not have jurisdiction to resolve contractual and
factual issues. We do not have judicial authority and cannot award damages in excess of a
bank's error.

While complaint processing times may vary, on average you should receive a written response
from CAG within 60 days after we have a complete file. Should you have questions, please
contact this office at the number listed below.

Sincerely,

*Customer Assistance Group*

Case # 39-2008-00190440-CU-OR-STK

Wachovia Bank, N.A.
CA7529
1901 Harrison Street
Oakland, CA 94612

EVIDENCE/ENCLOSURE
✳ 10
Page 10c

February 22, 2008

WACHOVIA

Marcella Vasconcelos-Flores
5311 Asbury Way
Stockton CA 95219

Re:     OCC Case Number 745702

Dear Ms. Vasconcelos-Flores:

We are in receipt of a copy of the complaint you sent to the Office of the
Comptroller of the Currency (OCC), regarding Wachovia/World Savings loan
number 0029713149 and equity line of credit (ELOC) loan number 0032227654.

Enclosed please find a copy of the Notice of Default that recorded on July 16, 2007.
Although, we find you were in contact with the foreclosure department about making
payment arrangements to bring the above loans current, we have no record of you
submitting the required paperwork to our Loan Resolution Department for them to
review. Unfortunately, the property for the above loans was foreclosed on December
14, 2007, and we are unable to comply with your request to have the loans reinstated.

Thank you for writing and giving me the opportunity to clarify Wachovia/World
Savings' position in this matter. We valued our past business relationship, Ms.
Vasconcelos-Flores, and hope we can be of service to you again in the future.

Sincerely,

Judy Wills
Vice President

enclosure-1

c:      C. Scott
        Office of the Comptroller of the Currency

Case ✳ 39-2008-00190440-CU-OR-STK

RECORDING REQUESTED BY:

Doc #: 2007-129283
7/15/07 10:05 AM
Page 1 of 2 Fee. $12 00
Gary W. Freeman
San Joaquin County Recorders
Paid By TITLE COURT SERVICE

WHEN RECORDED MAIL TO:
**Golden West Savings Association Service Co.**
**Post Office Box 34957**
**San Antonio, Texas 78265-4957**

**(210) 543-4998**

EVIDENCE
ENCLOSURE:
# 10

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No.: **2007-32227654**
Loan No.: **0032227654**                                    Order No. 3392320

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE
### IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN
### YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,

and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is **$1,614.02** as of **07/11/2007**, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things. (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**WORLD SAVINGS**
**4101 WISEMAN BOULEVARD, T6F2**
**SAN ANTONIO, TEXAS 78251-4201**
**Phone: 1-(800) 282-3458**

Page # 10 D

Case # 39-2008-00190440-CU-OR-STK

**EVIDENCE/ENCLOSURE**
**✳ 10**

TS No.: 2007-32227654
Loan No.: 0032227654

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.**

### Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That **GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION** is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated **02/14/2006**, executed by **MARCELLA VASCONCELOS-FLOREZ, AN UNMARRIED WOMAN**, as Trustor, to secure certain obligations in favor of **WORLD SAVINGS BANK, FSB, A FEDERAL SAVINGS BANK**, as beneficiary, recorded **02/28/2006**, as Instrument No. **2006-044661**, in Book , Page ,  of Official Records in the Office of the Recorder of **SAN JOAQUIN** County, California describing land therein as: As more fully described on said Deed of Trust.

including **ONE (1) NOTE(S) FOR THE ORIGINAL** sum of $50,000.00, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:
   **INSTALLMENT OF PRINCIPAL AND INTEREST PLUS IMPOUNDS OR ADVANCES WHICH BECAME DUE ON 04/13/2007 PLUS LATE CHARGES, AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, INTEREST, BALLOON PAYMENTS, PLUS IMPOUNDS OR ADVANCES AND LATE CHARGES THAT BECOME PAYABLE.**

   That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

**Dated: July 11, 2007**

GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A
CALIFORNIA CORPORATION

BY: _____
HOLLIE DYKES, ASSISTANT SECRETARY

Case
✳ 39-2008-00190440-CU-OR-STK

Page
✳ 10 E
=



# CA ACORN'S 2008
# Legislation: Financial Justice

## CALIFORNIA ACORN BATTLES PREDATORY LENDING

### *Background*

California ACORN is dedicated to ending predatory lending and keeping families home in 2008. In California, hundreds of thousands of homes are in foreclosure, and the problem is expected to get much worse this year, causing more families to end up on the streets.

Unfortunately, low income families are suffering the most after being victims of unscrupulous lending practices. California ACORN will fight for comprehensive mortgage reform to end bad lending practices, fight for changes to the foreclosure process, and will work with the Attorney General as well.

### *California ACORN is calling on the state to:*

**Pass SB 1137, Foreclosure Process Reform**, which would facilitate more communication between lenders in borrowers by requiring:

1. Lenders to have an in person or telephonic meeting with the borrower prior to the filing of a default letter to discuss loan terms and possible options
2. Provides notice to tenants that the unit they rent is in foreclosure in order to minimize challenges of finding quick, affordable housing
3. Implementation of a monetary penalty on owners of properties sold after foreclosure for neglect in order to eradicate the nussiance caused by vacant houses which bring down the property value of neighborhoods across the state

**Pass AB 1830**, Comprehensive Mortgage Reform Bill, that would protect future consumers from unscrupulous lending practices. This bill would ban pre-payment penalties, stated income loans, subprime ARM's, kickbacks to brokers for placing people in high cost loans, and increase liability on lenders and services for bad practices.

**Pass AB 2151**, Assignee Liability Bill, that would impose penalties and liabilities on lenders and servicers that should have known that bad loans were made, but were still selling and trading these mortgages like stocks and bonds on the secondary market, which will protect our economy as well.

Case # 39-2008-00190440-CU-OR-STK



**ACORN** Association of Community Organizations for Reform Now
**RECLAIMING OUR HOMES AND NEIGHBORHOODS FROM PREDATORY LENDING**

*EVIDENCE / ENCLOSURE # 11*

## INTRODUCTION

*Page 11_B*

ACORN has been engaged in a major effort to protect our neighborhoods from predatory lending since 1999. The campaign has included work to shine a spotlight on and reform the practices of individual lenders, and playing a leading role in passing city and state legislation to restrict predatory lending, in winning reforms from federal regulators, and in an ongoing fight to block a bill in Congress aimed at preempting state and local protections.

At the heart of these victories are the thousands of victims who have been willing to tell their stories and to get involved in efforts to keep others from encountering the same problems, and the still larger group of community residents who have devoted time and energy to this campaign. These ACORN members have protested at lending company offices and the homes of CEOs, rallied outside legislative sessions, and testified in city, state, and federal hearings.

Their stories and their actions have put an industry on the defensive. By keeping this issue in the public eye virtually every day (ACORNs activities have generated an average of a newspaper story almost every day nationally) and engaging in hundreds of conversations with lawmakers and regulators at every level of government, in addition to numerous protest actions, ACORN has created a climate in which changes must be made.

At the same time, neighborhood actions have prevented foreclosures and forced lenders to repair the worst loans, empowering ACORN members to keep pushing for bigger victories. Serious problems continue, and much work remains to be done, but real progress has been made.

## WHAT IS PREDATORY LENDING

Predatory lenders impose unfair and abusive loan terms on borrowers, often through aggressive sales tactics, taking advantage of borrowers' lack of understanding of extremely complicated transactions, and outright deception. They engage in harmful practices such as financing unnecessary credit insurance, charging outrageously high interest rates and fees, and requiring balloon payments with their loans. Predatory lenders target low income, people of color, elderly, and non-English speaking borrowers.

Predatory loans turn the dream of homeownership into a nightmare, in the worst instances ending in foreclosure. The damage done is increased by the fact that predatory loans are made in such concentrated volume in low income and minority neighborhoods where, as a result of desertion by mainstream banks, better loans are not readily available. The loss of equity and foreclosure can be especially harmful to already struggling communities.

Predatory lending occurs in the subprime loan market – a category of loans that the lending industry describes as carrying higher interest rates and fees in order to cover the risk of lending to borrowers with imperfect credit. While there is a place for fair subprime lending, the market today is rife with abuses.

Case # 39-2008-00190440-CU-OR-STK



**ACORN** Association of Community Organizations for Reform Now
**RECLAIMING OUR HOMES AND NEIGHBORHOODS FROM PREDATORY LENDING**

First, too many borrowers with good credit, especially in targeted communities, are being given higher cost loans. A Freddie Mac study suggested that about one third of the borrowers who have received subprime loans could have qualified for prime loans (HUD-Treasury 2000), while the Chairman of Fannie Mae has estimated that as many as half could have ("Fannie Mae has Played Critical Role..." 2000). In other words, borrowers with good credit are being given high-priced loans – loans that lenders justify making by citing the need to extend credit to those with bad credit records. Giving a subprime loan to someone who qualifies for a prime loan is itself predatory.

Second, apart from the question of the borrowers' actual credit records, many subprime loans contain abusive terms and conditions which are unfair and harmful to any borrower.

These predatory lending practices include:

- Charging and financing excessive points and fees
- Making loans based on the value of a property, when it is evident a borrower will be unable to repay
- Charging excessive interest rates not justified by the risk involved
- Selling single-premium credit insurance that is financed into a loan, resulting in 30-years' interest being paid on it
- Charging high and extended pre-payment penalties, which trap people in high-interest-rate loans.
- Flipping, or repeated re-financings with no benefit to the borrower.
- Packing loans with additional products (even beyond single premium credit insurance) like club memberships.
- Conspiring with home-improvement contractors to solicit loans on damaging terms, and / or paying contractors directly, leaving the borrowers no way to ensure that work is done.
- Inflating houses' appraisal values.
- Using 'mandatory arbitration' clauses that deny borrowers rights in court.
- Misrepresenting the terms and conditions of loans.
- Using harassing and intimidating collection techniques.
- Targeting high-cost loans to vulnerable borrowers, including the elderly, low income, and minority families.

EVIDENCE / ENCLOSURE ⁑11

Page *11c

Case #39-2008-00190440-CU-OR- ST₂K

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Marcela Vasconcelos-Florez
4453 La Cresta Way – Apt.# 2
Stockton, CA  95207-7730

ACORN – "PAC" & ACORN Housing
"Pro-Per Legal Assistance Against Predatory Lending"
(PPLAAPLP)
4433 Florin Road – Suites: # 840 - # 860
Sacramento, CA  95823

Superior Court of California
County of San Joaquin, City of Stockton
222 East Weber Avenue
Office of the Clerk – Room 303
Stockton, Ca 95202

WACHOVIA Corporation
Corporate Office – PENTHOUSE
Attn: President / C.E.O.
301 South College Street
One Wachovia Center
P.O. Box 563966-28256-3966
Charlotte, N.C. 28288

WACHOVIA Bank Corp.
(Formerly: World Savings Bank)
Legal & REO Dept.
4101 Wiseman Blvd.
San Antonio, TX 78251

John Du Bois, Attorney
525 Roanoke
Martinez, CA 94553

WACHOVIA Corp.:
(Formerly: Golden West…)
(Formerly: Fidelity Nat'l…)
LEGAL POSING SERVICE
15661 Red Hill Ave. # 200
Tustin, CA 92780

Richard Worf, Manager
REO Dept. / Legal Dept.
c/o: WACHOVIA Bank
806 Hearst Avenue
Berkeley, CA 94710

Brian Cable - Manager
Integrity First R. E. Group
1308 West Main – Suite: "C"
RIPON, CA 95366

David R, Endres, APC
The Endres Law Firm
1939 Alicante Street
Davis, Ca 95618

WACHOVIA, aka: WSB
In Re: REO # 121416
794 Davis St. - MC: SL2RE
San Leandro, CA 94577

-----------------------------------------------------------------------------

**I, Marcela Vasconcelos-Florez, Paintiff-In-Pro Per, swear under penalty of perjury, under the laws of the State of California, U.S.A., that all of the preceding parties of this case have been served with the exact copy (ies) of this original Summons and Complaint; with all authentic "EVIDENCE" / "ENCLOSURES"; and all preceding statements are correct and true.**

_____
MARCELA VASCONCELOS-FLOREZ

$M \frac{f}{8}/28/08$ $\frac{7}{5}/08$
DATE / uF
$8/7/08$ MP

case # 39-2008-00190440-CU-OR-STK

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>MARCELA VASCONCELOS-FLOREZ<br>PLAINTIFF-IN-PRO PER<br>4453 LA CRESTA WAY #2<br>STOCKTON, CA 95207-7130<br>TELEPHONE NO: (209)-271-2786 FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: MARCELA VASCONCELOS-FLOREZ | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS: 222 EAST WEBER AVE
MAILING ADDRESS: 222 EAST WEBER AVE
CITY AND ZIP CODE: STOCKTON, CA 95202
BRANCH NAME: CITY OF STOCKTON

| PLAINTIFF/PETITIONER: MARCELA VASCONCELOS-FLOREZ | CASE NUMBER: 39-2008-00190440 |
|---|---|
| DEFENDANT/RESPONDENT: WORLD SAVINGS BANK, FSB | CU-OR-STK |
| | Ref. No. or File No.: |

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*:
   (LIS PENDENS)

   ✗ ✗ ✗ ✗ ✗
   San Joaquin
   County Recorder's Office,
   City of Stockton

3. a. Party served *(specify name of party as shown on documents served)*:
   Superior Court of California,
   County of San Joaquin

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Office of the Clerk: ROOM 303

4. Address where the party was served: 222 East Weber Avenue
   Stockton, CA 95202

5. I served the party *(check proper box)*
   ✗ a. ☑ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: July 15, 2008 (2) at *(time)*: 12:30 PM
   SV
   b. ☐ by substituted service. On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   August 20, 2008 11:30 AM

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

Case # 39-2008-00190440-CU-OR-STK

PLAINTIFF/PETITIONER: MARCELA VASCONCELOS-FLOREZ CASE NUMBER: 39-2008-00190440

DEFENDANT/RESPONDENT: WORLD SAVINGS BANK FSB CU-OR-STK

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*         (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                      ☐ other:

7. **Person who served papers**
  a. Name: Susanna Vargas Y/o ACORN
  b. Address: 4433 FLORIN ROAD Suite *840-*860
                   SACRAMENTO, CA
  c. Telephone number: (916) 281-5321          95823
  d. The fee for service was: $ 0.00
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☒ exempt from registration under Business and Professions Code section 22350(b). —  NON
    (3) ☐ a registered California process server:    PROFIT
      (i) ☐ owner ☐ employee ☐ independent contractor  EXEMPT.
      (ii) Registration No.:
      (iii) County:                501(3)(c)

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 08/07/2008

Susanna Vargas        Susanna Vargas
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

08/07/2008        08/07/2008

*08/28/2008*

Case # 39-2008-00190440-CU-OR-STK


nytimes.com


PRINTER-FRIENDLY FORMAT
SPONSORED BY

October 5, 2008

# Citigroup Says Judge Suspends Wachovia Deal

### By ERIC DASH and JONATHAN D. GLATER

Citigroup announced late Saturday that it had persuaded a New York judge to temporarily block Wells Fargo from acquiring Wachovia, firing the first shot in what could be a prolonged legal battle.

Citigroup has accused Wells Fargo of wrecking its plan to acquire Wachovia's banking operations for $2.2 billion, or $1 a share, in a deal arranged by the Federal Deposit Insurance Corporation. Four days after that deal was struck, it fell apart when Wachovia agreed to Wells Fargo's offer to pay seven times as much for the entire company.

The underlying battle is over which company will emerge from the economic crisis in a stronger position among a smaller number of financial giants. Citigroup contends that the deal with Wells Fargo violates an agreement that prohibited Wachovia from having any sale or merger discussions with anyone other than Citigroup until Oct. 6.

The order issued by a judge on Saturday extends the term of that agreement until further court action, Citigroup said. A person briefed on the situation said that Citigroup was seeking $60 billion in damages from Wells Fargo for interfering with the initial transaction.

Efforts to reach a Wells Fargo representative late Saturday night were unsuccessful. Christy Phillips-Brown, a Wachovia spokeswoman, said the bank "believes its agreement with Wells is proper, valid, and is in the best interest of shareholders, employees and American taxpayers."

"Under that agreement," Ms. Phillips-Brown continued, "Citigroup is always free to make a superior offer to Wachovia."

A senior Wachovia official said that Wachovia's lawyers had not seen the judge's order and suggested that Citigroup's actions were a pointless legal maneuver designed to destabilize the Wells deal.

The litigation could be a blockbuster, pitting some of the nation's largest surviving financial institutions against one another and giving work to the most expensive legal talent money can

buy. Citigroup is represented by the New York lawyer Gregory P. Joseph; Wachovia by David Boies of Boies, Schiller & Flexner; and Wells Fargo by Paul K. Rowe of Wachtell, Lipton, Rosen & Katz, according to people briefed on the matter.

Until late Thursday, Citigroup believed it had reached a deal with Wachovia after marathon talks last weekend under intense pressure from federal regulators worried about Wachovia's financial condition. Regulators agreed to help Citigroup by absorbing losses over $42 billion.

Wells Fargo, which had walked away from talks with Wachovia, returned late Thursday with its surprise bid, in which Wells Fargo offered to buy all of Wachovia, not just its banking operations, for about $15 billion in stock, far more than Citigroup had offered. And Wells Fargo's deal, which takes advantage of a lucrative tax loophole tied to deferred losses, would be structured without any direct government support.

Federal regulators did not block Wells Fargo's proposal, and by early Friday morning, its merger with Wachovia was approved by the boards of both companies.

The move left Citigroup officials fuming. On Friday, they put out word to regulators and the public that Wachovia had breached an exclusivity agreement and that Wells Fargo had interfered with their deal. That night and Saturday morning, Citigroup officials huddled in a makeshift war room at the law offices of Davis Polk & Wardwell in Midtown Manhattan.

Federal regulators have been discussing the offers, with senior officials from the Federal Reserve encouraging the parties to reach a swift resolution, according to a person briefed on the matter.

Citigroup raised the stakes in the merger battle on Saturday afternoon, asking Justice Charles E. Ramos of New York State Supreme Court to issue an emergency order blocking the deal between Wachovia and Wells Fargo.

Representatives from the banks met at Justice Ramos's home in Cornwall, Conn., late Saturday afternoon for more than three hours of oral arguments, according to people briefed on the situation.

In the unusual weekend session, Citigroup presented Justice Ramos with a 16-page complaint naming both Wells Fargo and Wachovia, and their boards, as defendants. But it has not yet filed the suit formally because the courts were closed.

Late Saturday, after several hours of intense legal jockeying, Justice Ramos issued an

injunction effectively blocking the Wells Fargo deal, pending a hearing scheduled for Friday.

The agreement with Wachovia that Citigroup has cited and that contains the ban on negotiating with any other potential bidders was not a final merger contract but rather a letter agreement to "continue to proceed to negotiate definitive agreements."

Lawyers not involved in the battle said Wachovia could defend the Wells Fargo deal by arguing that it was better for its shareholders. Wachovia is likely to claim that its fiduciary obligations — its responsibility to protect the interests of its investors — required it to consider the Wells Fargo bid and, given its higher price, to accept that bid.

The litigation could put regulators in a tough spot. The Wells Fargo deal may be better for taxpayers, but if it succeeds, in the future other financial institutions may not be willing to help the government, as Citigroup did, because of the risk that they might not reap the anticipated benefit.



Copyright 2008 The New York Times Company





**Home : News : Traffic : Weather : Sports : Business : WRAL-TV : 5 On Your Side : Heal**

Local Tech Wire    Market Summary    Local Stocks    My Watchlist    Calculators

**INTRODUCING** wralSPORTSfan     *Local sports. Local ins*

## Business

*Presented by*



Hosted**Solutions**

### Citigroup, Wells Fargo set to battle over Wachovia

Posted Oct. 3 2008

**NEW YORK —** Citigroup on Friday demanded that Wachovia call off its proposed $15.1 billion merger with Wells Fargo, saying it has an exclusive deal to buy the Charlotte-based bank.

Wachovia Corp.'s announcement early Friday of the all-stock deal with San Francisco-based Wells Fargo & Co. was an abrupt reversal that trumped Citigroup's plan to acquire Wachovia's banking operations with government assistance.

The Citigroup Inc. deal would have been done with the help of the Federal Deposit Insurance Corp., but the Wells Fargo deal for Wachovia will be done without it. Shares of Wachovia and Wells rose in morning trading, while Citigroup shares fell.

"This deal enables us to keep Wachovia intact and preserve the value of an integrated company, without government support," Robert



◀ 2 / 2 ▶

■ **Video**

- Competitors woo Wachovia
- Economist discusses possible Wachovia-Wells Fargo merger
- House passes bailout bill
- Web Only: Easley discusses bailout, Wachovia sale
- Web only: Financial experts answer economic questions
- Web only: Duke forum on the economy
- 9/30: Local lawmakers say bailout was too rushed
- 9/30: What's next for investors?
- 9/29: House Speaker Nancy Pelosi on failed financial bailout
- 9/29: Duke professor creates plan to

**They**

rCA DOI Ser

**Resume**

- Resu to W
- How
- Beat
- Focu
- Resu
- Keyᵥ Your
- Writ
- Cove
- Care
- Ten

Steel, Wachovia's president and chief executive, said in a statement.

Citigroup issued a statement that said the proposed merger between Wachovia and Wells Fargo was "in clear breach of an exclusivity agreement" between Citigroup and Wachovia.

"Citi was negotiating in good faith and nearly completed the definitive agreements required to consummate the Citi/Wachovia transaction that was announced on Monday," the statement said. "The value of the Citi agreement to Wachovia shareholders was substantially in excess of Wachovia's closing price on Thursday, Oct. 2. Citi has also been providing liquidity support to Wachovia Bank since Monday's announcement."

The Wachovia-Wells deal, announced Friday, comes in a turbulent time for banks and financial firms as they grapple with the ongoing credit crisis, which led to the recent bankruptcy of Lehman Brothers Holdings Inc. and the failure of Washington Mutual Inc.

Wachovia shareholders will receive 0.1991 shares of Wells Fargo for every share of Wachovia stock they own, valuing Wachovia at about $7 per share. This is a nearly 80 percent premium over the stock's Thursday closing price of $3.91. Shares closed at $10 last Friday, the last trading session before the deal with Citigroup was announced.

Wachovia shares gained 56 percent Friday, closing at $6.13. The market was mixed for Wells Fargo, which closed down 2 percent, and Citigroup, which closed up 2 percent.

Wachovia's board approved Wells Fargo's offer late Thursday. The deal is still subject to Wachovia shareholder and other regulatory approvals. Wells Fargo said it expects the deal to close by year-end.

"It provides superior value compared to the previous offer to acquire only the banking operations of the company and because

rescue economy

- 9/28: Tentative bailout agreement reached by Congress, White House
- 9/18: Triangle manages to duck national economic storm – so far

📁 **Slideshows**

- Wall Street falls after House votes down bailout bill

📖 **Related Links**

- Blog: Wachovia's marriage debacle
- Wachovia statement
- Bailouts compared: From the Depression to today
- Timeline: How the financial meltdown happened
- Timeline: Wall Street's largest one-day drop
- GOLO: Bailout or not?

🎬 **Related Stories**

- Nervous Charlotte ponders the future of Wachovia
- 9/29: Wachovia sale alters Charlotte business landscape

🌐 **On The Web**

- Emergency Ecnomic Stabilization Act of 2008

📋 **Related Topics**

- Lehman Brothers Inc.
- Bank of America Corporation
- North Carolina State University
- Norwest Corporation
- United States
- Theo Griffith
- Terry Celestin
- San Francisco
- Robert Steel
- Raleigh

**Related Stories Around the Web**

- Citigroup blocks Wachovia sale RTE.ie, 11:38 am
- Wachovia: Wells Fargo Deal Valid ABC 10 Sacramento (KXTV), 11:30 am
- N.Y. judge blocks Wells Fargo deal for Wachovia, orders hearing Examiner.com: Anchorage, Alaska, 11:15 am
- Wachovia merger temporarily blocked in court NBC Charlotte (WCNC), 11:11 am

Sponsore

**Interv**

- Th
- Th
- In
- Vi
- W
- Di
- G
- Th
- D
- Si
- As

401K Pla
Accounti
Advertisi
Air Chart
Air Trave
Annuities
Answerin
Antivirus
Apartme
Apartme
Apartme
Applianc
Apply for
Aquariur

**TRIAL**

Comfort:

2008 Hol

Ramblev
Homes

The Garl

Meredith

Wachovia shareholders will have a meaningful opportunity to participate in the growth and success of a combined Wachovia-Wells Fargo that will be one of the world's great financial services companies," said Wells Fargo Chairman Dick Kovacevich.

Mike Walden, a North Carolina State University economist, said Wachovia is a much better fit with Wells Fargo than with Citigroup because of geography. If Wells Fargo were to maintain an East Coast headquarters, it likely would be in Charlotte, he said, which would decrease the potential job losses there.

Wachovia employs about 20,000 people in Charlotte.

"This is going to be a gigantic bank," Walden said on a Wachovia-Wells Fargo combination. "It's going to rival Bank of America."

Wachovia employees were encouraged by the sudden battle over their troubled company.

"I think it's a lot better deal that the Citigroup deal that was going to go through, especially for the shareholders," employee Theo Griffith said.

"It's a great deal and it's a great thing for Charlotte, and I'm looking forward to it," employee Terry Celestin said.

Charlotte Mayor Pat McCrory measured his optimism Friday. He spent much of the week meeting with Citigroup leaders about a takeover – the same leaders who are now fighting to block the Wells Fargo offer – to convince them to keep as many jobs in Charlotte as possible.

"It would not be in good taste for me to respond to which suitor is best when I need to let the private sector determine that," said McCrory, who was in Raleigh for a campaign appearance in his race for governor.

Walden said the federal government likely would support Wells Fargo's offer because it would take Federal Deposit Insurance Corporation money out of the mix.

"This may represent the turning point, where we go from pessimism to optimism about the financial sector," he said.

Wells Fargo will record merger and integration charges of about $10 billion, but says it expects earnings to be boosted within the first year after the acquisition closes. No government assistance is part of the deal terms.

Wells Fargo said it will record Wachovia's credit-impaired assets at fair value, but provided no estimate of what that would be. In its planned takeover of Wachovia, Citigroup said it would write down those assets by $30 billion at the close of the transaction and be responsible for the next $12 billion in losses over a period of three years. If the total exceeded that, the FDIC would cover the difference.

- • Towers of Channelside emerges from bankruptcy BizJournals, 11:05 am

ᕍ Site Search

Enter keyword(s) _____ **Search**

Links We
Learn Ab



Take Sto

Ask For

Additionally, Wells Fargo plans to issue up to $20 billion of stock, primarily common stock, to maintain a strong capital position.

The combined company will have total deposits of $787 billion and assets of $1.42 trillion, more than doubling Wells Fargo's totals on both counts. The bank will operate more than 10,000 locations. The two banks currently employ a combined 280,000 people.

On Monday, Citigroup agreed to buy Wachovia's banking operations for $2.16 billion in a deal orchestrated by the federal government. That deal, which had been approved by the boards of both companies, was still subject to approval by Wachovia's shareholders and regulators. It is not clear whether Citigroup will be entitled to a break-up fee.

In addition to assuming $53 billion worth of debt, Citigroup had agreed to absorb up to $42 billion of losses from Wachovia's $312 billion loan portfolio. The FDIC agreed to cover any remaining losses in exchange for $12 billion in Citigroup preferred stock and warrants.

But the failure of the government's proposed $700 billion bailout for financial institutions Monday afternoon cast doubt on whether Citigroup would be able to rid itself of some of Wachovia's bad debt.

While the proposal would have prevented most banks from profiting on the sale of troubled assets to the government, an exception would have been made for assets acquired in a merger or buyout.

That would have allowed Citigroup to sell Wachovia's distressed mortgage-related assets to the government for a profit.

A revised version of the bailout plan was passed on Wednesday by the Senate and on Friday by the House. The plan still centers on enabling the government to spend billions of dollars to buy bad mortgage-related securities and other devalued assets from troubled financial institutions.

Citigroup has not turned a profit for three straight quarters, and lost a total of $17.4 billion during that period after writing down its assets by about $46 billion. That's the most write-downs of any U.S. bank.

While Wells Fargo has logged three straight quarters of profit declines, the bank has been weathering one of the nation's worst credit crises much better than most of its competitors, in part because it had less exposure to the sub-prime mortgages whose failure undermined the financial sector.

That means it hasn't been forced to take the huge number of write-downs that other banks have needed. Under CEO and President John G. Stumpf, the bank also has continued raising its dividend at a time when many other financial institutions are slashing theirs to preserve capital.

Stumpf took over his roles in June 2007 – near the start of the credit crisis – from Kovacevich, who remained chairman. Both men have worked since the 1980s at Norwest Corp., Wells

Fargo's predecessor.

Wachovia, like Washington Mutual, which the federal government seized last week, was a big originator of option adjustable-rate mortgages, which offered very low introductory payments and let borrowers defer some interest payments until later years. Delinquencies and defaults on these types of mortgages have skyrocketed in recent months, causing big losses for the banks.

This summer, Wachovia reported a $9.11 billion loss for the second quarter, announced plans to cut 11,350 jobs – mostly in its mortgage business – and slashed its dividend. Wachovia also boosted its provision for loan losses to $5.57 billion during the second quarter, up from $179 million in the year-ago period.

**Reporter: Cullen Browder**
**Photographer: Richard Adkins**
**Web Editor: Matthew Burns**

Copyright 2008 by WRAL.com and the Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

SHARE  Buzz up!

Print Friendly    |    E-mail Story    |

**Sponsored Links**

I Had High Blood Pressure
Now it's down to 120/75. Find out how I did it without drugs
www.resperate.com

What's Your Credit Score?
The US average is 692. See yours online instantly for $0. Check now!
www.CreditReportAmerica.com

Lose 15 Pounds Fast!
Oprah's #1 Superfood for weight loss and health. Try a Free Sample.
www.acai-pure.com

What's Your Credit Score?
View All 3 Credit Scores and Credit Reports Online Now. See it for $0.
FreeCreditReportsInstantly.com

■)) News Alerts to your Email & Cell Phone
Headlines   |   Local Tech Wire

## 65 Comments



Welcome to GOLO, where WRAL.com visitors can comment on stories and create profile pages, blogs and photo galleries.

You must be a registered WRAL.com user to use these tools. **Click here**

💬 View Comments

## LOCAL NEWS

**Judge blocks Wells Fargo from buying Wachovia**
Updated at 4:11 p.m. | ▆ WATCH

**Obama appears at Asheville rally**
Updated 43 minutes ago | ▆ WATCH

**Edwards: Passion for health reform keeps me going**
Updated at 9:39 a.m.

**Driver charged with DWI in Capital Boulevard wreck**
Updated at 12:56 p.m.

**Raleigh restaurant feeds firefighters, wins award**
Updated Oct. 4 7:00 p.m. | ▆ WATCH

⊡ more |

## NATION

**AP Investigation: Ike environmental toll apparent**
Updated at 3:59 p.m.

**Americans eye bailout, and continue cutting back**
Updated 58 minutes ago

**Contest pairs horse trainers with wild mustangs**
Posted at 1:33 p.m.

**Simpson isolated in jail, focuses on future appeal**
Posted at 3:04 p.m.

**RI schools required to teach about dating violence**
Updated at 3:00 p.m.

⊡ more |



Home : News : Traffic : Weather : Sports : Business : WRAL-TV : 5 On Your Side : Heal

Local Tech Wire    Market Summary    Local Stocks    My Watchlist    Calculators

INTRODUCING  wralSportsFan  *Local sports. Local ins*

# Business

## Judge blocks Wells Fargo from buying Wachovia

Posted: Today at 1:41 a.m
Updated: Today at 4:11 p.m

**NEW YORK** — The fight over control of
Wachovia intensified on Saturday, as a judge
temporarily agreed to block the sale of the bank
by Wells Fargo, Citigroup announced in a news
release.

State Supreme Court Justice Charles Ramos
issued the order blocking the sale of Wachovia
Corp., which Wells Fargo & Co. had agreed to
purchase in a $14.8 billion deal.

Citigroup Inc. accused Wells Fargo of trying to
cut off its earlier takeover offer of Wachovia's
banking operations for $2.1 billion in a deal
struck with the assistance of the Federal Deposit
Insurance Corp. On Friday, four days after that
deal was struck, Wells Fargo said it was buying
Wachovia.

The litigation pits two of the largest remaining




Presented by
Hosted**Solutions**

**Video**

- Web Only: Easley discusses bailout, Wachovia sale
- House passes bailout bill
- Web only: Financial experts answer economic questions
- Web only: Duke forum on the economy
- 9/30: Local lawmakers say bailout was too rushed
- 9/30: What's next for investors?
- 9/29: House Speaker Nancy Pelosi on failed financial bailout
- 9/29: Duke professor creates plan to rescue economy
- 9/28: Tentative bailout agreement reached by Congress, White House



Average

Think yc
insuranc

In fact,
neighbo
driving r
and thei
should y

Find out
could be
today or

Select 1

**Resume**
- Resu
  to W
- How
- Beat
- Focu
- Resu
- Keyv
  Your
- Writ
- Cove
- Care
- Ten

financial institutions against one another as the ongoing credit crisis leads the federal government to arrange marriages and sales among banking entities.

Wells Fargo and Citigroup did not immediately respond to messages left late Saturday seeking comment about the temporary order blocking the sale.

Wachovia spokeswoman Christy Phillips-Brown said in a statement the company believes its agreement with Wells Fargo is "proper, valid and ... in the best interest of shareholders, employees and the American taxpayers."

She said Citigroup is free to make a better offer to Wachovia under that agreement.

The FDIC said Friday that it "stands behind its previously announced agreement with Citigroup." It also said it would review all proposals and work with regulators of all three institutions to resolve the tug-of-war.

Citigroup says it has an exclusivity agreement that bars Wachovia from talking with other potential buyers. Its shares fell sharply after the surprise announcement of the Wells Fargo-Wachovia agreement.

Copyright 2008 by The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

- 9/18: Triangle manages to duck national economic storm – so far

**Slideshows**

- Wall Street falls after House votes down bailout bill

**Related Links**

- Wachovia's marriage debacle: Which name will adorn city tower?
- Bailouts compared: From the Depression to today
- Timeline: How the financial meltdown happened
- Timeline: Wall Street's largest one-day drop
- GOLO: Bailout or not?

**Related Stories**

- Judge blocks Wells Fargo from buying Wachovia
- Citigroup, Wells Fargo set to battle over Wachovia
- Nervous Charlotte ponders the future of Wachovia
- Citigroup to buy Wachovia banking operations
- 9/29: Wachovia sale alters Charlotte business landscape
- Wachovia's sale could mean layoffs in Charlotte
- Citigroup to acquire Wachovia
- Wachovia reportedly in talks with Citigroup as shares plummet

**On The Web**

- Emergency Ecnomic Stabilization Act of 2008

**Related Topics**

- Christy Phillips-Brown
- Federal Deposit Insurance Corporation
- Citigroup Inc.
- Wells Fargo & Company
- Wachovia Corporation
- Banking Services
- Commercial Banking
- Financial Services Sector

**Related Stories Around the Web**

- Local Banks cut exposure to risks Economic Times, India, 6:04 pm
- Wachovia Says Judge's Ruling Won't Effect Wells Fargo Deal RTTNews, 4:50 pm



Though previously reported to be in buyout talks with CitiGroup, **Wachovia Bank** will be purchased by Wells Fargo & Co. without bailout assistance from the FDIC. Wachovia's website confirms the deal in a press release.

The Wells Fargo offer is for $7 a share in stock, based on Thursday's closing price, 79% above where Wachovia shares finished. Wells Fargo also will assume Wachovia's preferred stock and debt.

In conjunction with the deal, Wells Fargo will issue $20 billion in new securities, mainly common stock. Wachovia shares surged 64% premarket to $6.40 while Wells Fargo rose 1% to $35.50 and Citigroup fell 6% to $21.15.

Source: money.com

A key difference is that the Wachovia deal will be done without government assistance, while the Citigroup deal would have been done with the help of the Federal Deposit Insurance Corp.

"This deal enables us to keep Wachovia intact and preserve the value of an integrated company, without government support," Robert Steel, Wachovia's president and chief executive, said in a statement.

H       **FOX TRANSLATOR** ▼

Friday, October 03, 2008

# Wells Fargo to Acquire Wachovia for $15.1B

Recommend (31)

FOXBusiness

Wells Fargo one-upped rival Citigroup on Friday by unveiling a $15.1 billion deal to acquire all of Wachovia.

The Wells Fargo offer (**WFC**) trumps Citigroup's (**C**) offer to acquire Wachovia's (**WB**) banking operations with help from the government.

However, the latest offer could set up a potential legal battle between Citi and Wells Fargo. Citigroup confirmed an earlier FOX Business report by releasing a statement Friday saying it believes the Wells Fargo agreement is in "clear breach" of an exclusivity agreement between Citi and Wachovia.

Citi was blindsided by the Wells Fargo offer and is considering sweetening its original bid and bringing a lawsuit against Wells Fargo, *The Wall Street Journal* reported.

*(Click here to read more on Citi's next moves.)*

ADVER

**"You**
A goo
instan

**What**
The U
and so

if approved by regulators and Wachovia shareholders, the all-stock deal will give Wachovia shareholders 0.1991 shares of Wells Fargo common stock in exchange for each share of Wachovia.

Wells Fargo said it will acquire all of Wachovia's businesses and obligations, including its preferred equity, indebtedness and banking deposits. Boards of both Wells Fargo and Wachovia signed off on the deal.

Wells Fargo, which has managed the credit crisis better than many of its rivals, said it expects to incur $10 billion in merger and integration charges from the deal.

To help pay for the deal, Wells Fargo said it plans to raise $20 billion in a common stock offering.

"We at Wachovia have great admiration and respect for the people and businesses at Wells Fargo and we are extremely ple company," Robert K. Steel, president and CEO of Wachovia, said in a statement.

The Wells Fargo offer is a big setback for Citi, which had agreed to swallow Wachovia's banking operations in a government

At the time, the Federal Deposit Insurance Corp. said Wachovia "did not fail." The FDIC said its assistance was needed to a came after consultation with President Bush and Treasury Secretary Henry Paulson.

The FDIC said Friday morning it stands by its original pact with Citigroup and will review the new offer. The Federal Reserve offer.

Citi's shares had soared since it announced its bid as the combined banking operations would have created a U.S. retail ban market.

It was a sweetheart deal for Citi as the government agreed to share in losses on Wachovia's loans. At the same time, Citi an raise and plans to slash its dividend to 16 cents.

Prior to Citi's rescue of Wachovia on Monday, reports swirled that Wells Fargo was very much in the hunt to acquire Wachov

"This agreement represents a compelling value for Wachovia shareholders," said Wells Fargo Chairman Dick Kovacevich. "I

previous offer to acquire only the banking operations of the company and because Wachovia shareholders will have a mean success of a combined Wachovia-Wells Fargo that will be one of the world's great financial services companies "

Kovacevich added, "And, of course, this agreement won't require even a penny from the FDIC."

Wells Fargo said Wachovia Securities will keep its headquarters in St. Louis, Missouri. Also, three members of Wachovia's b

The Wachovia-Wells Fargo merger comes after a month of extreme turbulence on Wall Street that saw the demise of countl many.

Amid a worsened credit crisis, the government allowed Lehman Brothers (LEH) to file for bankruptcy, gave an emergency $8 Group (AIG) and nationalized mortgage giants Fannie Mae (FNM) and Freddie Mac (FRE).

At the same time, Merrill Lynch (MER) sold itself to Bank of America (BAC) and JPMorgan Chase (JPM) acquired the depos and-loan became the nation's largest banking failure ever.

## PEOPLE ALSO READ...

Paulson Says He Supports Sale Of Wachovia Banking Operations
Fed Says It Has Yet To Review Wells Fargo Bid For Wachovia
Morgan Keegan Says Wachovia Rally Overdone
Citi Says Wachovia-Wells Fargo Bid Breaches Exclusivity Pact
Wachovia Accepts Wells Fargo Deal After Talks With Citigroup

**ADVERTISEMENTS**

**"Your Credit Score Stinks!"**
A good credit score is 700+. View yours online instantly now. FREE.
www.CreditReportAmerica.com

**What's your credit score?**
The U S Average is 692. See your 2008 report and score now for $0'
FreeCreditReport.com

**Win an Alaska cruise!**
Enter to win a cruise for two and request your free Alaska guide
www.hollandamerica.com

**Earn a Stable 15% yearly!**
Protect your portfolio now! Invest in Medical Imaging Ctr-Min $25k inv
DirectInvestingGroup.com

HOME  |  VIDEO  |  MARKETS  |  PERSONAL FINANCE  |  MY MONEY  |  OUR TEAM  |  RSS FEEDS  |  MOBILE

Personal Finance - Investing - Financial News - Business News - Stock Market Quotes & News - Small

Advertise with us. Jobs at FOX Business Network.

Terms of use. Privacy Statement. For FOXBusiness.com technical issues write to foxbusinessonline@foxbusiness.com; for all other

This material may not be published, broadcast, rewritten, or redistributed. 2008 FOX News Network, LLC.

SmartMoney.com © 2008 SmartMoney. SmartMoney is a joint venture between Dow Jones & Company, Inc. and Hearst SM Partnership. All Rig quotes provided by Interactive Data Managed Solutions. Historical prices and fundamental data provided by Hemscott, Inc. Mutual fund data prov close. Earnings estimates provided by Zacks Investment Research. Insider trading data provided by Thomson Financial. Upgrades



# California Business Portal

Secretary of State **DEBRA BOWEN**

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | | | ARCHIVES & MUSEUM | OTHER SERVICES

---

**Business Search Corporations**

New Search

Search Tips

Field Definitions

Status Definitions

Name Availability

Corporate Records

Business Entities
Records Order Form
  **Certificates**
  **Copies**
  **Status Reports**

FAQs

Corporations Main Page

Free search

# Corporations

The information displayed here is current as of "OCT 03, 2008" and is updated wee
is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate
information, please refer to Corporate Records. If you are unable to locate a recor
may request a more extensive search by ordering a status report. Fees and instruct
for ordering a status report are included on the Business Entities Records Order
Certificates and/or certified copies can also be requested using the order form.

Results of search for **" WACHOVIA TRUST "**

*Click on the name of the corporation for additional information.*

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service Process |
|---|---|---|---|---|
| C1468624 | 9/13/1989 | active | | CORPORATION SERVIC COMPANY WHICH WILL BUSINESS IN CALIFORNI CSC - LAWYERS INCORPORATING SERV |



# California Business Portal

Secretary of State **DEBRA BOWEN**

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

**Printer Friendly Page**

**New Search**

**Search Tips**

**Field Definitions**

**Status Definitions**

**Name Availability**

**Corporate Records**

**Business Entities Records Order Form**
  **Certificates**
  **Copies**
  **Status Reports**

**FAQS**

**Corporations Main Page**

**Site Search**

## Corporations

The information displayed here is current as of "OCT 03, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| WACHOVIA MORTGAGE CORPORATION | | |
| **Number:** C1146159 | **Date Filed:** 7/5/1983 | **Status:** active |
| **Jurisdiction:** NORTH CAROLINA | | |
| **Address** | | |
| 301 S. COLLEGE ST | | |
| CHARLOTTE, NC 28288 | | |
| **Agent for Service of Process** | | |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records.**
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.





# California Business Portal

### Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search
Corporations**

**Printer Friendly Page**

**New Search**

**Search Tips**

**Field Definitions**

**Status Definitions**

**Name Availability**

**Corporate Records**

**Business Entities
Records Order Form**
 **Certificates**
 **Copies**
 **Status Reports**

**FAQS**

**Corporations Main Page**

**Site Search**

## Corporations

The information displayed here is current as of "OCT 03, 2008" and is
updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| WACHOVIA TRUST COMPANY OF CALIFORNIA | | |
| **Number:** C1468624 | **Date Filed:** 9/13/1989 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 11440 SAN VINCENTE BLVD | | |
| LOS ANGELES, CA 90049 | | |
| **Agent for Service of Process** | | |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

**Printer Friendly**

**New Search**

- For information about certification of corporate records or for
  additional corporate information, please refer to **Corporate
  Records**.
- Blank fields indicate the information is not contained in the computer
  file.
- If the status of the corporation is "Surrender", the agent for service
  of process is automatically revoked. Please refer to California
  Corporations Code **Section 2114** for information relating to service
  upon corporations that have surrendered.



Copyright ©2001 California Secretary of State. **Privacy Statement.**



# California Business Portal

### Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

Printer Friendly Page

New Search

Search Tips

Field Definitions

Status Definitions

Name Availability

Corporate Records

Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports

FAQS

Corporations Main Page

Site Search

## Corporations

The information displayed here is current as of "OCT 03, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| WELLS FARGO BANK, LTD. | | |
| **Number:** C1330936 | **Date Filed:** 2/8/1985 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 707 WILSHIRE BLVD. | | |
| LOS ANGELES, CA 90017 | | |
| **Agent for Service of Process** | | |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Printer Friendly

New Search

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.



Copyright ©2001 California Secretary of State. Privacy Statement



# California Business Portal

**Secretary of State DEBRA BOWEN**

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

Printer Friendly Page
New Search
Search Tips
Field Definitions
Status Definitions
Name Availability
Corporate Records
Business Entities Records Order Form
Certificates
Copies
Status Reports
FAQS
Corporations Main Page
Site Search

## Corporations

The information displayed here is current as of "OCT 03, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

### Corporation

WELLS FARGO EQUITY CAPITAL, INC.

| Number: C1930361 | Date Filed: 3/16/1995 | Status: active |

Jurisdiction: California

#### Address

SIXTH & MARQUETTE

MAC #N9305-173

MINNEAPOLIS, MN 55479

#### Agent for Service of Process

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE

2730 GATEWAY OAKS DR STE 100

SACRAMENTO, CA 95833

**Printer Friendly**

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement.**



# California Business Portal

### Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search**
**Corporations**

**Printer Friendly Page**

**New Search**

**Search Tips**

**Field Definitions**

**Status Definitions**

**Name Availability**

**Corporate Records**

**Business Entities
Records Order Form**
  **Certificates**
  **Copies**
  **Status Reports**

**FAQS**

**Corporations Main Page**

**Site Search**

# Corporations

The information displayed here is current as of "OCT 03, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| CITICORP HOME MORTGAGE SERVICES, INC. | | |
| **Number:** C1996032 | **Date Filed:** 12/18/1996 | **Status:** active |
| **Jurisdiction:** NORTH CAROLINA | | |
| **Address** | | |
| 300 ST PAUL PLACE | | |
| BALTIMORE, MD 21202 | | |
| **Agent for Service of Process** | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement



# California Business Portal

## Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | A BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search
Corporations**

**Printer Friendly Page**

New Search

Search Tips

Field Definitions

Status Definitions

Name Availability

Corporate Records

Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports

FAQS

Corporations Main Page

Site Search

## Corporations

The information displayed here is current as of "OCT 03, 2008" and is
updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| CITICORP ACCEPTANCE COMPANY OF CALIFORNIA, INC. |

| Number: C0670216 | Date Filed: 12/4/1972 | Status: suspended |
|---|---|---|

| Jurisdiction: California |
|---|
| **Address** |
| 670 MASON RIDGE CENTER DRIVE |
| ST. LOUIS, MO 63141 |
| **Agent for Service of Process** |
| C T CORPORATION SYSTEM |
| 818 WEST SEVENTH ST |
| LOS ANGELES, CA 90017 |

Printer Friendly

New Search

- For information about certification of corporate records or for
  additional corporate information, please refer to **Corporate
  Records**.
- Blank fields indicate the information is not contained in the computer
  file.
- If the status of the corporation is "Surrender", the agent for service
  of process is automatically revoked. Please refer to California
  Corporations Code **Section 2114** for information relating to service
  upon corporations that have surrendered.



Copyright ©2001 California Secretary of State. Privacy Statement



# California Business Portal

**Secretary of State DEBRA BOWEN**

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

---

**Business Search
Corporations**

**Printer Friendly Page**

**New** Search

**Search** Tips

**Field Definitions**

**Status Definitions**

**Name Availability**

**Corporate Records**

**Business Entities
Records Order Form**
  **Certificates**
  **Copies**
  **Status Reports**

**FAQS**

**Corporations Main Page**

**Site Search**

## Corporations

The information displayed here is current as of "OCT 03, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| CITIGROUP GLOBAL MARKETS REALTY CORP. |
| **Number:** C1547000   **Date Filed:** 11/17/1986   **Status:** active |
| **Jurisdiction:** NEW YORK |

| Address |
|---|
| 388 GREENWHICH ST |
| NEW YORK, NY 10013 |

| Agent for Service of Process |
|---|
| C T CORPORATION SYSTEM |
| 818 WEST SEVENTH ST |
| LOS ANGELES, CA 90017 |

**Printer Friendly**

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.



Copyright ©2001 California Secretary of State. Privacy Statement



# California Business Portal

### Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

Printer Friendly Page

New Search

Search Tips

Field Definitions

Status Definitions

Name Availability

Corporate Records

Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports

FAQS

Corporations Main Page

Site Search

# Corporations

The information displayed here is current as of "OCT 03, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
| --- | --- | --- |
| CITIGROUP, A CALIFORNIA CORPORATION | | |
| **Number:** C0902516 | **Date Filed:** 11/6/1978 | **Status:** suspended |
| **Jurisdiction:** California | | |
| **Address** | | |
| 2239 LEDGEVIEW LN | | |
| SPRING VALLEY, CA 92078 | | |
| **Agent for Service of Process** | | |
| ALLAN R SCHARTON | | |
| 2239 LEDGEVIEW LN | | |
| SPRING VALLEY, CA 92078 | | |

Printer Friendly

New Search

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.



Copyright ©2001 California Secretary of State. Privacy Statement

#208-CV—02100—GEB-DAD
#08 CV—02100—GEB-DAD

I am completely familiar with the issues of this case and I will be fully prepared to discuss the status, discovery status and interrogatories, ADR and/or mediation, if relevant, as well as other issues raised by this statement. And I will exercise the right and/or authority to enter into stipulations on these issues at the time of the status conference / hearing, including written permission, presentation of original documents and photographs, when required. I declare under penalty of perjury, under the laws of the State of California, under the laws of the Government of the United States of America, that all of the aforementioned documents and statements are true, correct, and authentic; and/or true and correct, exact copies/replicas of authentic documents.

X _____    DATE: _____

MARCELA VASCONCELOS-FLOREZ, PLAINTIFF-IN-PRO PER          October 6, 2008

Case:# 2:08-CV-02100
-GEB-DAD

**PROOF OF SERVICE** & Case: #08-CV-0210
-GEB-DAD

STATE OF CALIFORNIA )

COUNTY OF _Sacramento_ )

I, _Susanna Vargas_, am a resident of/employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business/residence address is: _4433 Florin Rd - Ste# 840 - #860 Sacramento, CA 95814_.

On _Oct. 6_, 20 _08_, I served the foregoing (set forth the exact title of the document served) _STATUS CONFERENCE / HEARING STATEMENT_

on _Oct. 6, 2008_ in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

_United States District Court_
_Eastern District - Sacramento Division_
_501 "I" Street - Dept # 10_
_Sacramento, CA 95814_

(check applicable paragraphs)
- ❑ (BY MAIL) I caused such envelope with postage thereon fully paid to be placed in the United States mail at _____, California.
- ❑ (BY MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the business' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at _____
  _____, California and placed for collection
  (place of business where the envelope was placed for deposit in the USPS)
  and mailing following ordinary business practices.
- ☑ (BY PERSONAL SERVICE) I caused such envelope to be served by hand to the offices of the addressee.
- ❑ (State) I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
- ❑ (Federal) I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on _Oct. 6_, 20 _08_

_Susanna Vargas_
Signature of Declarant

MSV 10/06/08