IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELA VASCONCELOS-FLOREZ,

       Plaintiff,               No. CIV S-08-2100 GEB DAD PS

  vs.

WORLD SAVINGS BANK, et al.,      ORDER

       Defendants.

_____/

      This matter came before the court on November 21, 2008, at 10:00 a.m. for hearing of defendants' properly re-noticed motion to dismiss plaintiff's complaint.  Plaintiff Marcela Vasconcelos-Florez, proceeding pro se, appeared in person on her own behalf.  Plaintiff was accompanied by Hector Gilbert, who served as plaintiff's interpreter.  Christopher A. Carr, Esq. appeared telephonically for defendants.

      Upon consideration of the parties' briefing, the parties' arguments at the hearing, and the entire file, the court granted defendants' motion for the reasons stated in open court.  The motion was granted with leave to amend.

      Plaintiff is informed that her amended complaint will supersede the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once the amended complaint is filed, the original complaint will no longer serve any function in the case.  Thus, in the amended

1

1   complaint, each of plaintiff's claims and the involvement of each defendant must be sufficiently

2   alleged.  See Local Rule 15-220 (requiring that an amended complaint be complete in itself

3   without reference to any prior complaint).  Plaintiff's amended complaint must contain clear and

4   concise but complete factual allegations describing the conduct and events that underlie her

5   claims.  Important exhibits may be attached to the amended complaint if the exhibits serve to

6   explain plaintiff's allegations.  Exhibits should not be attached merely as evidence.

7               Accordingly, IT IS ORDERED that:

8               1.  Defendants' September 29, 2008 amended motion to dismiss (Doc. No. 8) is

9   granted with leave to amend;

10              2.  Plaintiff's amended complaint shall be titled "Amended Complaint" and shall

11  be served on defendants' counsel and filed with the court within thirty days after the date of this

12  order;

13              3.  Defendants' response to the amended complaint shall be filed and served

14  within twenty days after the amended complaint is served;

15              4.  Plaintiff's October 3, 2008 application to proceed in forma pauperis (Doc. No.

16  9) is denied as unnecessary, the filing fees having been paid by defendants;

17              5.  Plaintiff's October 6, 2008 status conference/hearing statement (Doc. No. 10)

18  will be disregarded because there is no pending status conference at this time; and

19              6.  Plaintiff's October 7, 2008 motion in limine (Doc. No. 12), regarding a return

20  of service that was filed by plaintiff in the state court from which this action was removed, is

21  denied because no defendant has asserted any defect in service of process.

22  DATED: November 21, 2008.

23

24  _____

25  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

DAD:kw
26  Ddad1\orders.prose\vasconcelosflorez2100.ord.grmtd.lta