IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELA VASCONCELOS-FLOREZ,

    Plaintiff,                              No. CIV S-08-2100 GEB DAD PS

    vs.

WORLD SAVINGS BANK, et al.,          ORDER

    Defendants.

_____/

        This matter came before the court on February 27, 2009, at 10:00 a.m. for hearing of defendants' motion to dismiss plaintiff's amended complaint. Plaintiff Marcela Vasconcelos-Florez, proceeding pro se, appeared on her own behalf, accompanied by Spanish interpreter Andres Guillinta. Christopher A. Carr, Esq. appeared for defendants.

        Upon consideration of the parties' briefing, the parties' arguments at the hearing, and the entire file, the court granted defendants' motion for the reasons stated in open court. The motion was granted with leave to file a second amended complaint that complies with the court's November 24, 2008 order and the instructions provided during both hearings.

        Accordingly, IT IS ORDERED that:

        1. Defendants' January 12, 2009 motion to dismiss (Doc. No. 24) is granted with leave to filed a second amended complaint.

1

2. Plaintiff's second amended complaint shall be titled "Second Amended Complaint" and shall be filed with the court and served on defendants' counsel within 45 days after February 27, 2009.

3. Defendants' response to the second amended complaint shall be filed and served within twenty days after the pleading is served.

DATED: February 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\vasconcelosflorez2100.ord.grmtd2.lta